IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## SECOND NOTICE OF RIGHT TO JOIN LAWSUIT

On _____ __, 2023, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first Notice and would like a copy, please contact Plaintiff's attorney listed below. <u>If you already sent a Consent, it has not been received.</u> The consent must be received by _____ __, 2023.

**Mr. Josh Sanford**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Fax: (888) 787-2040**
**Email: josh@sanfordlawfirm.com**