IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
and **PACTIV EVERGREEN INC.**

## DECLARATION OF ELANDER WOODALL

I, Elander Woodall, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Elander Woodall, and I am over the age of eighteen (18) and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Georgia.

3. Evergreen Packaging, LLC ("Defendant"), owns and operates multiple manufacturing facilities worldwide, including a facility in Georgia.

4. I have worked for Defendant as an hourly-paid production worker from 2017 to approximately July of 2020.

5. Defendant also employs other production workers, whom Defendant classifies as hourly employees. I am personally familiar with the conditions under which many other hourly production workers worked.

Page 1 of 4
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Declaration of Elander Woodall

Doc ID: 354b7bd76574c1cfd4db44cf45ca62ac9d2c5a72

6. My main job duty was to operate machines and I also had other duties related to Defendant's business. Other production workers perform the same or similar job duties.

7. Defendant scheduled me and other production workers to work in eight-, twelve-, or sixteen-hour shifts.

8. I clocked in and out using a digital time clock that records my clock-in and -out times to the minute in an electronic payroll system maintained by Defendant. Other employees recorded their time the same way. I know this because I saw other employees logging their time using the time clock.

9. I and other production workers regularly clocked in up to between 10 and 15 minutes before the scheduled start of our shifts. After we clocked in, we went immediately to our stations and started working.

10. I and other production workers regularly clocked out a few minutes before the end of our scheduled shift after our relief arrived, but we could not clock out as early as we clocked in and started working.

11. When I arrived to relieve another production worker, or when the production worker who relieved me arrived at the end of my shift, our work overlapped.

12. As a result, I and other production workers regularly worked 15 to 20 minutes longer than our scheduled shifts.

13. However, Defendant consistently adjusted my hours to show that I worked only the hours I was scheduled to work on paper and only paid me for the scheduled hours.

Page 2 of 4
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Declaration of Elander Woodall

Doc ID: 354b7bd76574c1cfd4db44cf45ca62ac9d2c5a72

14. I know that Defendant consistently paid other production workers for fewer hours than they had worked because I discussed this issue with other employees, and because I saw other employees clocking in and starting to work before their scheduled shifts.

15. I regularly worked more than 40 hours per week. I was ordinarily scheduled to work at least 40 hours, and as I explained above, I actually worked more than I was scheduled to work. I believe other production workers worked similar schedules to me because I have observed other production workers working schedules similar to mine, and because other production workers and I have discussed our schedules.

16. I know that Defendant consistently paid other production workers for fewer hours than they had worked because I discussed this issue with other employees, and because I saw other employees clocking in and starting to work before their scheduled shifts and continuing to work after the end of their scheduled shifts.

17. Based on the number of production workers who worked with me and the number of other locations I believe Defendant has, I estimate that there are at least 100 other individuals who work or have worked as hourly production workers for Defendant since January of 2020, although I do not know the exact number of the employees.

18. Based on my experience and the information and knowledge I have regarding the job duties and pay of production workers employed by Defendant, I believe that others would want to join this lawsuit if they were made aware of the opportunity to join the lawsuit.

Page 3 of 4
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Declaration of Elander Woodall

Doc ID: 354b7bd76574c1cfd4db44cf45ca62ac9d2c5a72

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 23rd day of May, 2023.

_____
**ELANDER WOODALL**

Page 4 of 4
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Declaration of Elander Woodall

Doc ID: 354b7bd76574c1cfd4db44cf45ca62ac9d2c5a72