IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### NOTICE OF PLAINTIFF'S MOTION FOR COURT AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

To: The Court and Counsel of Record

PLEASE TAKE NOTICE that on September 12, 2023, or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Judge Henry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1843 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Plaintiff's Motion for Court Authorized Notice Pursuant to Section 216(B) of the FLSA, a copy of which has been filed and served via ECF, No. 16.

Page 1 of 2
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Notice of Plaintiff's Motion for Court Authorized Notice Pursuant to § 216(b) of the FLSA

Respectfully submitted,

**ELANDER WOODALL, Individually and on Behalf of Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Notice of Plaintiff's Motion for Court Authorized Notice Pursuant to § 216(b) of the FLSA**