IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
**REGINA BABER**
September 7, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE _____ \_\_\_, 2023**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
and **PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*/s/ Paul tuck*
**PAUL TUCK**
September 7, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE _____ \_\_\_, 2023**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Robin Tuck*
**ROBIN J. TUCK**
September 7, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE _____ \_\_\_, 2023**