## CERTIFICATE OF SERVICE

I, John A. Ybarra, an attorney, hereby certifies that on September 12, 2023, I caused a true and correct copy of *Defendants' Motion for Leave to File a Supplemental Brief in Support of Their Motion to Dismiss* to be filed with the Clerk of the Court, using the Court's CM/ECF filing system, and served a true and correct copy of same via email upon the below counsel of record:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

*/s/ John A. Ybarra*
John A. Ybarra

4879-0761-9198.3 / 117816-1008