IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
and PACTIV EVERGREEN INC.

### RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Plaintiffs are unopposed to Defendants' Motion for Leave to File Supplemental Brief (ECF No. 21) on the condition that Plaintiffs be granted leave to file a Response to Defendants' supplemental brief within ten (10) days of its filing.

     Respectfully submitted,

     **ELANDER WOODALL, Individually
     and on Behalf of Others Similarly
     Situated, PLAINTIFF**

     SANFORD LAW FIRM, PLLC
     Kirkpatrick Plaza
     10800 Financial Centre Pkwy, Suite 510
     Little Rock, Arkansas 72211
     Telephone: (501) 221-0088
     Facsimile: (888) 787-2040

     */s/ Josh Sanford*
     Josh Sanford
     Ark. Bar No. 2001037
     josh@sanfordlawfirm.com

Page 1 of 1
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Response to Motion for Leave to File Supplemental Brief