# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elander Woodall

                             Plaintiff,

v.                                                          Case No.: 1:23–cv–00459
                                                          Honorable Harry D. Leinenweber

Evergreen Packaging LLC, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

       MINUTE entry before the Honorable Harry D. Leinenweber: MOTION by Defendants Evergreen Packaging LLC, Pactiv Evergreen Inc. for leave to file *Supplemental Brief in Support of the Motion to Dismiss Plaintiff's Complaint is granted* [21]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.