# **<u>EXHIBIT A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | No. 1:23-CV-459<br><br>Honorable Harry D. Leinenweber |

### DECLARATION OF JOHN A. YBARRA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

In support of Defendant's Motion for Leave to File a Supplemental Brief in Support of their Motion to Dismiss, I, John A. Ybarra, on oath state as follows:

1. I am an adult over the age of 18 and a resident of the state of Illinois. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am a member in good standing of the State Bar of Illinois and am a Shareholder at the law firm of Littler Mendelson, P.C., counsel for Defendants Evergreen Packaging, LLC and Pactiv Evergreen, Inc. ("Defendants") in the above-captioned action. I am also counsel of record for Defendant Evergreen Packaging, LLC in the parallel litigation currently pending in the United States District Court for the Eastern District of Arkansas entitled *Taiwan Wallace, et al. v. Evergreen Packaging, LLC*, Case No. 4:22-cv-337-KGB (E.D. Ark. April 3, 2023).

3. On April 3, 2023, the Presiding Judge in the *Wallace* Litigation ordered Defendant Evergreen Packaging, LLC, through its counsel, to produce a putative collective member list to Plaintiffs' counsel, The Sanford Law Firm, that encompassed all Hourly-Paid Production Workers

2

employed in Arkansas by Defendants at any time since April 12, 2019. Case No. 4:22-cv-337-KGB, Dkt. 63, *as amended* Dkt. 67 (E.D. Ark. April 3, 2023). The Court in the *Wallace* Litigation ordered Defendant, through its counsel, to produce that putative collective member list to Plaintiffs' Counsel by May 5, 2023.

4. On May 5, 2023, Defendant produced the putative *Wallace* collective member list to Plaintiffs' counsel to the Sanford Law Firm. That list included the the eight (8) plaintiffs who have now opted into the instant *Woodall* action. Specifically, Verdie Ali, Janice Carter, Regina Barber, Paul Tuck, Robin J. Tuck, Fester Moore, Christopher Henry, and Opal Anderson are all identical names to those that appear on the *Wallace* putative collective member list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2023

*/s/ John A. Ybarra*
Matthew J. Ruza

2