IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                          No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC                                                    DEFENDANT

### NOTICE OF WITHDRAWAL OF CONSENT TO JOIN—ELANDER WOODALL

Notice is hereby given that opt-in Plaintiff Elander Woodall withdraws the Consent to Join filed at ECF No. 32.

Respectfully submitted,

**TAIWAN WALLACE, ROGER DAVIS,
MICHAEL STURDIVANT, GLEN LOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE**, Each Individually
and on Behalf of Others Similarly
Situated, PLAINTIFFS

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 1
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Notice of Withdrawal of Consent to Join—Elander Woodall