IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION

Plaintiff is unopposed to Defendants' Motion for Extension of Time to File Their Response to Motion for Conditional Certification (ECF No. 31) on the condition that the Court toll the statute of limitations for the putative collective for the duration of the extension. This case has already pended for 11 months, and Plaintiff diligently pursued conditional certification as soon as practicable. Despite Defendants' implications otherwise, Plaintiff is not trying to stonewall or be needlessly litigious in requesting tolling; the statute of limitations for the putative class continues to run until the individuals have filed a consent to join this lawsuit and Plaintiff would be remiss if he did not seek to protect the claims of those he seeks to represent to the fullest extent possible. 29 U.S.C. § 256(b). It is to Defendants' advantage to draw the certification process out as long as possible because the longer it takes to disseminate notice, the more putative opt-ins may be time-barred from joining the collective. Tolling the statute of limitations for the extra time taken to fully brief the Court on the issue of certification ensures that no party is able to use procedural mechanisms to an unfair advantage.

Page 1 of 2
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Response to Defendants' Motion for Extension of Time to File Their
Response in Opposition to Motion for Conditional Certification

Respectfully submitted,

**ELANDER WOODALL, Individually and on Behalf of Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Elander Woodall, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:23-cv-459
Response to Defendants' Motion for Extension of Time to File Their
Response in Opposition to Motion for Conditional Certification