IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Harry D. Leinenweber |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 19, 2023 Order [Dkt. 26], Plaintiff, Elander Woodall, and Defendants Evergreen Packaging, LLC and Pactiv Evergreen, Inc. hereby submit their Joint Status Report:

1. **Nature and Scope of the Case**: Plaintiff seeks to conditionally certify a nationwide collective under the theory that Defendants' facilities across the country unlawfully "rounded" employee time records and required Plaintiff and the opt-in Plaintiffs to work off-the-clock, in violation of the Fair Labor Standards Act ("FLSA"). Defendants deny that they violated the FLSA in any way and further deny that this case is appropriate for collective treatment.

2. **Settlement Opportunities**: The parties have not discussed settlement of this matter.

3. **Initial Discovery Parameters**: Although the parties have not yet engaged in any discovery, Plaintiffs filed a motion for conditional certification and this court has set a briefing schedule regarding the same. Defendants' response to Plaintiffs' motion for conditional certification is due on December 11, 2023. Plaintiffs' Reply is due on December 27, 2023.

1

The parties propose that they will issue initial disclosures by December 15, 2023; and will issue written discovery requests 30 days thereafter. Following the ruling on Plaintiff's motion for conditional certification, the parties will need to conduct discovery.

**4.** **Schedule for Future Conferences:** The parties propose that the Court should schedule a future conference following the ruling on Plaintiff's motion for conditional certification.

Dated: November 9, 2023

/s/ *John A. Ybarra*
By Defendants' Attorneys

John A. Ybarra, Bar No. 6196983
jybarra@littler.com
Shanthi V. Gaur, Bar No. 6224996
sgaur@littler.com
Matthew J. Ruza, Bar No. 6321424
mruza@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL  60654
Telephone:   312.372.5520
Facsimile:   312.372.7880

/s/ *Josh Sanford*
By Plaintiff's Attorney

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on November 9, 2023, he caused a copy of the foregoing document to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which sent notification via electronic mail of such filing to the following Counsel of Record:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

                                                  */s/ John A. Ybarra*
                                                  John A. Ybarra