## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elander Woodall

                                              Plaintiff,

v.                                                             Case No.: 1:23−cv−00459
                                                                         Honorable Harry D. Leinenweber

Evergreen Packaging LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Unopposed motion for extension of time to file response/reply regarding the motion for class certification is granted [16]. MOTION by Plaintiff to certify class [16] is entered and briefed as follows: response by 12/22/23, reply by 1/5/24. Ruling by mail. The statute of limitations is hereby tolled. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.