# EXHIBIT A

## DECLARATION OF TONYA REYNOLDS

I, Tonya Reynolds, declare, as follows:

1.      I am currently employed by Evergreen Packaging, LLC ("Evergreen" or the "Company"). I am over 18 years old. I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have worked at the Pine Bluff Paper Mill for just over 24 years, and I am currently employed as the Human Resources Business Partner for the Mill, here in Pine Bluff, Arkansas. I began working for the Pine Bluff Mill when it was owned and operated by International Paper Company. After it was purchased by Evergreen Packaging, LLC in 2007, I continued working for the Pine Bluff Mill, in my same capacity within Human Resources.

3.      Evergreen Packaging's roots stretch back to 1880 and, not long after, in 1908, the Company opened up its first mill operations in Canton, North Carolina. Through a series of mergers, Pactiv Evergreen was formed when Evergreen Packaging, Pactiv, LLC, and Fabri-Kal, Corp. merged to become the leading manufacturer of fresh food and beverage packaging in North America. The Company operates 66 mills, plants, distribution facilities, warehouses and other facilities across 18 states, including the Pine Bluff Mill. The Company employs nearly 14,000 workers across its facilities. Based on my 24 years of experience with the Company, I know that the majority of the 14,000 workers are doing different jobs than those employees at the Pine Bluff Mill.

4.      The Pine Bluff Mill operates and runs 24 hours a day, 7 days a week. The Mill currently contains eight main departments: (i) Bleach Plant; (ii) Woodyard; (iii) Chemical Prep & Furnish; (iv) Extruders; (v) Power; (vi) Technical Services/Lab; (vii) Pulp Mill; and (viii) No. 2 Paper Machine. Of course, the Pine Bluff Mill has more than just these eight (8) departments, but these are the main groups that keep the Pine Bluff Mill up and running. Each department is essential, in a distinct and unique way, to the Mill's paper making process, and in the ability of the Mill to function on a continuous basis. To that end, each department has different job functions and responsibilities.

1

5.     The Union contract sets forth some of the shift schedules, but the shift schedules differ based on department and job function. Certain departments run three 8-hour shifts. Other departments run two 12-hour shifts. Other departments do not run on a shift-relief schedule. As of September 2023, the Union and the Company entered into a Memorandum of Understanding to alter the scheduling and timekeeping practices at the facility – currently, most departments run two 12-hour shifts, with only a minority running 8-hour shifts.

6.     All Mill production and maintenance employees are members of either the United Steel Workers ("USW") Union or the International Brotherhood of Electrical Workers ("IBEW"), Local 2033 Union. All Mill production and maintenance employees are non-exempt hourly workers.

7.     Prior to September 2023, the union contract set forth a specific set of timekeeping practices, which provided production workers with a 30-minute grace-periods at both the start and end of shifts that also incorporates a "shift-relief buddy system", where Pine Bluff employees are designated to a "buddy" who relieves them at the end of their shift. Once the relief (or the buddy) arrives, the employee assigned to the earlier shift stops working and clocks out, and the buddy clocks in and begins taking over the operations of the job. This timekeeping practice had been in effect at Pine Bluff for several years and was necessary due to the needs of the business. This system ensures that the Pine Bluff production line remains fully operational and always controlled by an employee.

8.     As a result of the differences between each department, the Mill has fostered a unique culture that incentivizes employees to work collaboratively together and communicate coverage for every shift. Pine Bluff Mill employees communicate with each other as to when they are working, how long they are working, and how their buddy is going to cover their shift so that an employee is on the job for every minute of every day. The same information goes to the managers, as employees and managers share similar continuous communication regarding when employees are working. This helps to ensure that Pine Bluff employees are paid correctly and for all time worked.

2

9. Each department is managed by a different supervisor, so employees report to different supervisors depending on the department in which they work. Rarely does a supervisor move between departments.

10. Production workers have avenues to adjust their time so that they are paid for all hours worked – this includes the production worker working with their supervisors to review their time records and if there is a discrepancy that needs rectified, the supervisor will fill out a Time Change Request Form so that the employee can properly be paid. Some supervisors provide their employees with a printed timesheet that reflects their time worked each week, and request that the employee review and approve the timesheet prior to submitting it. Once a supervisor has the approved timesheet, the Kronos time records go directly to payroll for the employee to get paid for their work performed. Employees are also able to review their paystubs each week and inform their supervisor of any corrections required. If any correction is needed, the employee's supervisor has the ability to go into the Kronos timekeeping system and change an employee's time records in cooperation with that employee, and then payroll will make those corrections to the employee's pay.

11. Since September 2023, all hourly production workers are paid to the punch and do not have any grace periods prior to the start of their shift or after the end of their shifts.

12. Beyond the general organization of shift schedules, employees work different shifts each week, for different lengths of time, and the length of employee shifts are dependent on a variety of factors, such as the demands of the department, whether the employee has a shift-relief buddy, the job each employee provides within the department that they work, and others.

13. All employees of the Pine Bluff Mill are paid one and half-time their regular rate of pay for all hours worked in excess of 40 hours in a workweek, in compliance with their Union contract.

14. Managers at the Pine Bluff facility are directed to ensure that employees are not working off-the-clock and that, prior to September 2023, employees understood the timekeeping policies in effect at the Mill. Importantly, it is my understanding that all production workers at the

3

Mill understood that they should not be working off-the-clock.

15.     I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Arkansas and the United States of America that the foregoing is true and correct.

Signed this 20th day of December 2023 in Pine Bluff, Arkansas.

Tonya Reynolds

4856-6223-2983.2 / 117816-1008

# EXHIBIT B

## DECLARATION OF JEFFERY GUILL

I, Jeffery Guill declare, as follows:

1.      I am currently employed by Pactiv, LLC ("Pactiv" or the "Company").  I am over 18 years old.  I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have worked at the Company's Malvern production facility in Malvern, Arkansas for over 10 years. I am currently employed as the Human Resources Manager for the Malvern facility and have been employed in that position for the entirety of my tenure with the Company.

3.      In Malvern, the Company produces polypropylene trays used in poultry packaging that is shipped directly to poultry distribution facilities. The Malvern facility is a non-union facility. Our policies and practices have been in place well-before I got to the facility. I am unaware of a centralized timekeeping policy from the Company that is cascaded down to the Malvern facility and/or any other Pactiv facilities. I work with various other Pactiv facilities across the country, and each have different timekeeping practices that are not consistent with Malvern, specifically relating to the time period within which production workers must punch-in and out each day.

4.      Production employees at the Malvern facility operate on a 2-2-3 schedule, meaning employees work 12-hour shifts two days a week, then have two days a week off, and then work another 3 days for a full 5-day workweek. This schedule rotates for the production employees at this facility every 10 weeks.

5.      Production employees have a five-minute window each day whereby they can punch-in up to five minutes before the start of their shift, but employees can punch in any time up to the start of their scheduled shift time and not be considered late. Even if you are not on your line at the start of your scheduled shift time, you will not be considered late if you have punched in up to five minutes before your shift. There is also a five-minute window at the end of employee shifts for employees to punch-out five minutes before the end of their shift. This means that employees who punch-out at 6:55 p.m. are paid until 7:00 p.m.

6.      Employees are never asked to work during the five-minute grace period window nor are they required or encouraged to work during that five-minute window. If an employee is asked to work any time outside their scheduled shift time, we ensure that employees are paid for that time. It is very rare that an employee working a 12-hour shift will work outside of their 12-hour shift times. The only time employees will work more than their 12-hour shifts is during monthly safety meetings and the Company will always pay for employees to attend those safety meetings plus we pay employees for the 5-minutes that it will take them to walk to and from the meeting when they occur.

7.      There are approximately six salaried non-exempt employees at the facility, and they do not punch-in/out on the timeclocks each day. These employees record their time every other week on a separate system that details all of their hours worked.

8.      I am familiar with Christopher Henry; he is a current Pactiv employee, and he is currently training to be promoted to an operator/mechanic. I know that Mr. Henry has never performed work off-the-clock and has never performed work during the 5-minute grace period window offered to employees to punch in and punch out. I am also familiar with Opt-In Plaintiffs Fester Moore and Cindy Lock. Neither of these individuals have performed work off-the-clock nor have they performed work during the five-minute grace period windows available to punch-in and out each day. Christopher Henry, Fester Moore, and Cindy Lock have never complained about working off-the-clock or working during the 5-minute windows for them to punch-in or punch out.

9.      We train all of our non-exempt hourly production workers to punch-in 5-minutes prior to the start of their scheduled shift time as a courtesy to allow employees sufficient opportunity to punch in without being considered late. Many of the employees will punch-in and go sit in the breakroom until the start of their scheduled shift times.

10.     I am unaware of any complaints from employees who have claimed that they worked off-the-clock. I routinely tell employees that they cannot work off-the-clock. There are occasions where employees have stated that they felt that they were missing hours on their paycheck. Our practice is to sit down with the employee any time such a complaint comes in, and

2

we pull their timesheets, paystubs, and their schedule. We then walk through each day to make sure that those employees are paid for all the time that they are working at the facility. This would also include reviewing our turnstile records to determine whether they were at the facility. And if the employee did not get paid for all their hours worked, we will initiate a Time Adjustment Form and make the necessary adjustments to pay the employee for all of their time worked.

11.     Employees at the Malvern facility generally do not participate in "hot-hand offs," meaning that Malvern employees do not need to wait for another employee to come relieve them before they can leave their workstation at the end of their shift. There is no requirement that employees be at their production line at the start of their shift – so, we will shut production lines down if we are waiting for people to get to their workstations or we have employees coming to work late.

12.     I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Arkansas and the United States of America that the foregoing is true and correct.

Signed this 15th day of December 2023 in Malvern, Arkansas.

12/15/2023

Jeffery Guill

3

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Harry D. Leinenweber |
| Defendants. | |

**DECLARATION OF NICOLE WOODS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

I, Nicole Woods, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Evergreen LLC (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Evergreen LLC's Athens, Georgia location and have been in this role since April 2023. As the Human Resources Manager, I am responsible for employee relations, benefits enrollment, attendance and timekeeping tracking, event planning, hiring, terminations, and union correspondence.

3.      The Athens facility operates 24 hours a day, 5-days a week. Our workweek runs from Sunday at 11:00 p.m. and we shut down on Fridays at 11:00 p.m. We do run weekends at times but under normal circumstances we run 5-days a week. First shift is 7:00 a.m. to 3:00 p.m., second shift is 3:00 p.m. to 11:00 p.m. and third shift is 11:00 p.m. to 7:00 a.m. Employees

1

typically wait until the employee on the next shift shows up to their workstations so that the previous shift can leave their workstation.  However, we currently do not require employees to engage in a "hot handoff," whereby an employee clocking out is relieved by the employee clocking in, so if the next shift does not show up on time, there is nothing that prevents the employee from leaving their workstation at the end of their shift. All of this is laid out in the union contract between the Athens facility and the union employees. Employees are represented by the Local Steelworkers union.

4.      There are seven main departments in Athens – Flex-O Converting, Offset Converting, Sealing, Shipping, Quality, Plate Room and Maintenance. Our facility produces and manufactures milk and juice cartons. Many employees at the Athens facility perform technical and skilled labor and because the facility's operations run continuously For five days a week. Because of this, the facility allows employees to punch-in up to 7-minutes prior to the start of their shift. Employees are directed not to perform any work between the time they punch in and the beginning of their shift time.

5.      Employees cannot clock in prior to 7-minutes before the start of their shift. If they try to clock-in before the 7-minutes, they will be rejected at the time clock and will not be permitted to clock in.

6.      At the end of their shift, employees are given a 7- minute window to punch-out. This means that, for example, an employee on first shift, who punches out at 3:02 p.m., will be paid until 3:00 p.m. However, an employee who, for example, punches-out at 3:08 p.m. will be paid to 3:15 p.m. This process remains the same for every 7-minute window that the employee continues working past the end of their shift time.

7.      Employees who believe that their time records were not accurately captured must address that concern with their supervisor, and from there, if the supervisor agrees that the timekeeping records were incorrect, then the supervisor will alert our payroll manager through an adjustment form to adjust the employee's time and pay accordingly.

8.      To the best of my knowledge, Elander Woodall was formerly employed by the Athens facility. To the best of my knowledge, Elander Woodall never questioned or complained about the accuracy of her time records.  To the best of my knowledge, Elander Woodall also never informed management that she ever worked off-the-clock.

9.      I am unaware of any employees performing work off-the-clock and no employee has complained to me about working off-the-clock at any point during my tenure with the Company.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this  6th  day of December 2023 in _____Athens_____, Georgia.

_____

NICOLE WOODS

3

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Harry D. Leinenweber |
| Defendants. | |

### DECLARATION OF BRAD METZGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

I, Brad Metzger, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Fabri-Kal Corporation (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Plant Manager at Fabri-Kal Corporation's Kalamazoo, Michigan location and have been in this role for approximately five and a half years. Prior to Plant Manager, I was a Materials Manager. As the Plant Manager, I manage all departments within the facility and am responsible for safety, delivery and costs. As Plant Manager, I also am familiar with the timekeeping practices at the facility.

3.      The Kalamazoo facility operates 24 hours a day, 7-days a week and runs on two 12-hour shifts, with the first shift starting at 5:30am and the second shift starting at 5:30pm. The shifts cycle on a 2-2-3 schedule, meaning employees work some combination of 2 or 3 days on or

1

off each week. There are 6 main operations departments – Quality, Materials, Printing, Forming, Maintenance and Safety. Generally, we manufacture and produce yogurt and cereal cups, as well as drink cups and containers.

4.    Most of our employees are hourly production employees. However, we do have fifteen salaried, nonexempt employees who, contrary to our hourly employees who record their time on timeclocks, record their time on paper timecards. All salaried, nonexempt employees are paid to the punch. In addition to the salaried, nonexempt employees, we have eight "core team" maintenance employees that work on a flexible schedule and are paid to the punch. The rest of our hourly employees utilize a grace period for their shifts. It is our facility's practice that the 5:30 am/pm shifts start at 5:20 am/pm so as to accommodate a required 10-minute pre-shift huddle with the shift supervisor and the "hot handoff," i.e., relieving the employee ending their shift. Obviously, employees are paid for the 10 minute huddle. The hourly maintenance workers typically clock in 5 minutes before the 5:20 start time, or at 5:15 am/pm, and they are paid for that 5 minutes of time as well. While employees technically have a 15-minute grace window to clock in, it is standard facility practice to clock in 5 minutes before the start of the shift and the pre-shift huddle.

5.    The grace period at the start of shift is solely meant to provide a short window of time for employees to punch-in so that they are prepared to begin their work at the start of their scheduled shift time. Once an employee clocks out, they are paid through the end of their scheduled shift time.

6.    Most employees wear their safety boots when they come to the facility, except maybe in the wintertime where they come in with their winter boots on.  The only additional PPE that is required is a bump cap, hair and/or beard net, and ear plugs.  Once employees don this PPE

2

(which takes just seconds), they can head out to the production line. When employees leave, they take off their hair and/or beard net and ear plugs, again in a matter of seconds, and go home.

7.     Employees are directed to not begin work until the start of their shift time. Employees are not required to work, and to my knowledge, do not perform any work between the time they punch in, and the time of their scheduled shift.

8.     If there is ever any issue with a missed punch or time adjustment, the employee simply informs their manager or Human Resources, who then investigates the complaint and adjusts the time accordingly.

9.     Until very recently, we had no standardized written policy regarding the facility's timekeeping practices. Instead, we trained employees on the practices during new hire orientation and relied on the managers to inform the workers of the facility's timekeeping practices and counsel employees in response to any timekeeping violations.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this ⎯6⎯ day of December 2023 in Kalamazoo, Michigan.

BRAD METZGER

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Harry D. Leinenweber |
| Defendants. | |

## DECLARATION OF MADELINE GRALL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

I, Madeline Grall, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Evergreen Packaging LLC (the "Company" or "Evergreen Packaging"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Evergreen Packaging LLC's Plant City, Florida location and have been in this role for approximately 18 months. Prior to this role, I was the Senior Human Resources Business Partner at our Canton, North Carolina facility. As the Human Resources Manager, I am responsible for employee relations, strategic planning, and managing the developmental plans for the HR Generalist that reports up to me.

3.      The Plant City facility operates 24 hours, 5 days a week. The facility runs a standard eight-hour shift whereby employees are scheduled to work one of three shifts – 7:00 am to 3:00

1

pm, 3:00 pm to 11:00 pm and 11:00 pm to 7:00 am. Our week ends Saturday at 7:00 am and we do not reopen until Monday at 7:00 am. Employee shifts rotate every two weeks.

4.     Plant City manufactures and produces milk and juice cartons. There are five departments, excluding Human Resources – Maintenance, Sealing, Printing, Shipping and Pre-Print. Most of our employees are hourly workers, but we do have two salaried, nonexempt employees.

5.     Operators in the Sealing, Printing and Pre-Print departments clock in based on a seniority tier system. Senior operators are expected to clock in 12 minutes before the scheduled start of their shift and relieve the senior operator from the prior shift. Mid-level operators are expected to clock in and begin their shift 6 minutes before the shift and relieve the mid-level operator from the prior shift. Junior level operators are expected to clock in a few minutes before the scheduled start time and relieve the junior level operator from the prior shift. We have this tiered seniority system so that the senior level operators get up to speed with the operations and any issues that arose during the prior shift. By the time the junior operators clock in, the senior operators are ready to provide them instructions with what they are going to work on for that shift.

6.     The Maintenance and Shipping departments do not operate on this tiered system and simply clock in at the start of their shift. This is because there is no handoff required of these departments. Employees are considered late if they clock in a minute late. Otherwise, they are able to clock in at the top of the hour and be considered timely.

7.     Employees are not required to work, and to my knowledge, do not perform any work between the time they punch in, and the time of their scheduled shift start. Similarly, employees are not required to work, and to my knowledge, do not perform any work after they punch out at the end of the shift.

8.      Plant City is a non-union facility. Our policies, including our timekeeping policies, have been in place for over ten years.

9.      Most individuals wear their safety boots when they come to the facility.  The only additional PPE that is required is a bump cap, hair net, and ear plugs.  Once employees don this PPE, they can head out to the production line. When employees leave, they take off their hair net and ear plugs, again in a matter of seconds, and go home.

10.     I am unaware of any complaints from employees regarding our time keeping practices.

11.     I am unaware of any employees performing work off-the-clock and no employee has complained to me about working off-the-clock at any point during my tenure with the Company. Our practice requires that employees review and approve the total hours worked and total overtime hours worked in the workweek when clocking out for their last shift of the week. Any time adjustment required is performed by the supervisor following a request from an employee. Records of all time adjustments are kept by Human Resources, Payroll and/or the Plant Manager.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this 6th day of December 2023 in Plant City, Florida.

_Madeline Grall_
Madeline Grall

3

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Harry D. Leinenweber |
| Defendants. | |

**DECLARATION OF LINDA LEVINGSTON-MADRIGAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION**

I, Linda Levingston-Madrigal, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Evergreen Packaging LLC (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Evergreen Packaging LLC's Turlock, California location and have been in this role for approximately four years. As the Human Resources Manager, I am responsible for employee relations, including investigations, attendance, discipline, leaves of absences, onboarding and recruitment, and I am also responsible for union contract enforcement.

3.      The Turlock facility typically operates 24 hours a day, 5-days a week; however, due to demand for our product, we extended our schedule to 24 hours, 6-days a week starting in

1

August 2023. Our workweek runs from Sunday at 10:50 pm to Monday at 7:00 am. We operate three shifts – graveyard shift, which is Sunday at 10:50 pm to Monday at 7:00 am; day shift, which is 6:50 am to 3:00 pm; and swing shift, which is 2:50 pm to 11:00 pm. The schedules account for a 10-minute overlap for shift change. The overwhelming majority of our workforce operates within one of these three shifts; however, we have a handful of outliers that vary from the standard shifts.

4.     There are 6 main departments, excluding Human Resources – Sealing, Converting, Shipping, Quality, Maintenance and Safety. The facility manufactures a variety of beverage containers for a multitude of customers. The Maintenance, Converting, Sealing, Safety and Shipping departments employ hourly employees, while the Quality, Human Resources and Safety departments employ salaried exempt employees. We have about 125 hourly and 18 salaried employees in this facility.

5.     Hourly employees are expected to be clocked in and ready to work 10 minutes before the start of their shift. There is no grace period for the start of an employee's shift. Employees are considered late if they clock in one minute past the 10 minute mark. During these 10 minutes, employees engage in a pre-shift meeting with their shift supervisor. They are, of course, paid for all of this time. Employees have no opportunity to perform any work before the start of their shift because they are not able to get to the production floor without first engaging in the pre-shift meeting with the supervisor. Any time spent prior to the start of the shift is spent having coffee and socializing with co-workers.

6.     At the end of the shift, employees are expected to timely clock out and head home. Employees are paid to the punch based on the time they clock out. If an employee clocks out after their scheduled shift ends, they are paid to the punch for that time.

7.     Employees are expected to don PPE which includes safety boots, hair and/or beard nets, safety glasses and hearing protection. This only take a few minutes to don. Once employees don this PPE, they can head to the pre-shift meeting. When employees leave, they take off their hair net and ear plugs, again in a matter of seconds, and go home.

8.     Turlock is a union facility. The Collective Bargaining Agreement includes general timekeeping policies that all union employees must abide by. In addition, the facility maintains its own general timekeeping practices specific to our employees, as set forth above.

9.     Employees are not required to work, and to my knowledge, do not perform any work, between the time they punch in, and the time of their scheduled shift start.

10.     I am unaware of any employees performing work off-the-clock, and no employee has complained to me about working off-the-clock at any point during my tenure with the Company. If there is ever any issue with a missed punch or time adjustment, an employee can simply request a time adjustment with Human Resources or the Supervisor, who will then make the time adjustment.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this 20 day of December 2023 in Turlock California.

Linda Levingston-Madrigal

3

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | No. 1:23-CV-459<br><br>Honorable Harry D. Leinenweber |

## DECLARATION OF RONALD BRANCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

I, Ronald Branch, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Pactiv LLC (the "Company" or "Pactiv"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Pactiv LLC's Bridgeview, Illinois location and have been in this role for close to two years. As the Human Resources Manager, I am responsible for employee relations, compensation, hiring, staffing, compliance, project management, and more.

3.      The Bridgeview facility operates 24 hours a day, 7-days a week and employees operate on 12-hour rotating schedules. The workweek divide is on Saturday at 1:00 am for night shift and 1:00 pm for the day shift. There are four main departments – Thermoforming, Print, Shipping, and Maintenance. The Bridgeview facility produces and manufactures substrates for a

1

multitude of customers, and produces over 300 stock keeping units between lids, cups, and mineral filled products. The facility employs 450 hourly employees and one salaried, nonexempt employee.

4.      The Bridgeview facility utilizes a 7-minute grace period rounding policy for the start and end of employee shifts. This timekeeping practice allows employees to punch-in no more than 7-minutes prior to their scheduled shift-start time. Employees are not required to work, and to my knowledge, do not perform any work between the time they punch in, and the time of their scheduled shift start. I am unaware of any complaints from employees about working during the 7-minute grace period window. Time punches outside of the 7-minute window are paid to the punch. The 7-minute grace period at the start of employee shifts are solely meant to provide a short window of time for employees to punch-in so that they are prepared to begin their work at the start of their scheduled shift time.

5.      Most Bridgeview employees do not perform a "hot handoff", which means that employees are not required to stay at their workstations until the next shift relieves them. Employees are able to shut down the line or leave their station prior to the next shift. However, at Bridgeview, there are a subset of employees within the Thermoforming department that do perform a "hot handoff" and are not allowed to leave their workstations until the next shift's employee relieves them. Once the relieving employee clocks in, the relieved employee clocks out and heads out for the day. Employees in Thermoforming who have "hot handoffs" are more likely to be paid to the minute because business needs may require them to work outside the 7-minute window for punching-in and out each day.   In addition to the Thermoforming department employees, there are some "lead" employees within the other departments that arrive before the

scheduled shift start time for a brief handoff. Employees are paid for the time spent during the handoff.

6.     I am unaware of any employees performing work off-the-clock and no employee has complained to me about working off-the-clock at any point during my tenure with the Company. If there is ever any issue with a missed punch or time adjustment, an employee can notify a supervisor, who will then adjust the time accordingly. The employee's time is then changed to reflect the hours they worked.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this _13_ day of December 2023 in Libertyville, Illinois.

RONALD BRANCH

# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated**

Plaintiff,

v.

**EVERGREEN PACKAGING, LLC AND
PACTIV EVERGREEN, INC.,**

Defendants.

No. 1:23-CV-459

Honorable Harry D. Leinenweber

**DECLARATION OF LEAH WATTERS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

I, Leah Watters, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Pactiv LLC (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Pactiv LLC's Fresno, California location and have been in this role for almost two-years. As the Human Resources Manager, I am responsible for ensuring policies and procedures are enforced, helping employees to have a great work experience, and being the contact point for all HR issues, including timekeeping and pay practices.

3.      The Fresno facility operates 24 hours a day, six-days a week. Although the facility is open seven-days a week, we only run production on six days. We operate on three shifts; the first shift is 8:00 a.m. to 4:30 p.m., the second shift is 4:00 p.m. to 12:30 a.m., and finally third

1

shift is 12:00 a.m. to 8:30 a.m. Employees generally work five days a week, although there are some employees who will work six-days a week. The Fresno facility produces foam meat trays. There are a total of 105 non-exempt employees.

4.    The Fresno facility utilizes a 7-7-7 rule – employees have 7-minutes to punch-in prior to the start of their shifts and the shift then starts at their regularly scheduled shift time. An employee's shift time begins each day with a morning meeting (or "pre-shift huddle") that lasts approximately 10-minutes. Employees do not start getting paid until the start of their shift time and employees are not required, nor should they be doing, any work-related activities between the time they punch in, and their shift start time.  This pre-shift huddle typically takes 10 minutes, and the pre-shift huddle is scheduled to occur 30 minutes before the prior shift departs. The Fresno facility has this 30-minute overlap in shifts to allow for a 10-minute pre-shift meeting and transition time between shifts while both shifts are on the clock. This ensures that employees can conduct a proper shift-change, understand any issues that there may have been on the prior shift, and ensure that each shift gets their full eight hours of work, each day, and gets paid for all that time worked.

5.    Employees also have 7-minutes at the end of their shift to punch-out each day. This means that employees who punch out, for example on first shift, between 4:30 p.m. and 4:37 p.m. will be paid for their full eight hours of work each day. If any employee punches out after 4:37 p.m., on first shift, then the employee is paid to the punch. The same goes for the beginning of the shift; namely, if an employee punches in before the 7-minute grace period, then they are paid to the punch as well.

6.    Maintenance workers generally are on different schedules from the production workers, for example, maintenance workers start their shifts at 7:50 a.m. and have their 10-minute

morning meeting so that they can be ready to go by 8:00 a.m. However, maintenance workers are also subject to Fresno's 7-7-7 policy.

7.      Over the summertime this year, I received one complaint from an employee about working during the 7-minute window.  At that point, we immediately corrected the behavior, and explained to the employee that they cannot be working prior to the start of their scheduled shift time. I then followed up and conducted a training on our 7-7-7 policy and provided employees with training materials to ensure that everyone understood the policy and that it was being implemented appropriately. A copy of the training that I conducted at the Fresno facility is attached hereto as Exhibit A.  This is the only complaint I can recall receiving regarding an employee working during the 7-minute window.

8.      If an employee is working outside of the times they were punched in or if I become aware of any employees performing work off-the-clock, I am sure to correct that time so that employees are paid for all time spent working – this would include me filling out a Time Change Request Form, which is signed by the employee and their supervisor to ensure that everyone is aware of and knows what changes are being made to employee time records.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this _13_ day of December 2023 in Fresno, California.

LEAH WATTERS

3

# EXHIBIT A

# Pactiv Evergreen Understanding the 7/7/7/7 Rule



# Clock-In/Clock-Out Policy
## The 7/7/7/7 Rule only applies to clocking In & Out for work

7-7-7-7 Clock In Policy

❑ Clock time is from 6:53 to 7:00, (7 minutes before)

❑ Clock out time is 7:00 to 7:07 (7 minutes after).

❑ Before and after the 7's is automatic overtime

**Questions**: When employees clock in, are they getting paid from the point they are clocked in?

**Answer:** No, there are grace periods setup. Grace periods are 7/7/7/7 (7min at both ends of start and end of shift). For this reason it is imperative that ee's have correct schedule assigned to them.



**Question**: An employee is scheduled to work 8:00 am to 430 pm; they clock in at 7:55 am. Does there time start at 7:55 am or 8:00 am?

**Answer:** If their assigned schedule is 8-430 and they clock in at 7:55 then, they would get paid from 8am. If they clocked in at 7:50 then, they would get paid starting 7:50.



**Question**: Do the grace periods, apply to the attendance policy?  For example, if employee clocks in at 7:06 am, are they considered late and points are applied, or have a grace period and no points are applied?

**Answer:** Yes, They are considered late if they start after their start time.  If they start at 7 am.  If they clock in at 7:02 am, they are late.



# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**ELANDER WOODALL, Individually and**
**on Behalf of All Others Similarly Situated**

        Plaintiff,

    v.

**EVERGREEN PACKAGING, LLC AND**
**PACTIV EVERGREEN, INC.,**

        Defendants.

No. 1:23-CV-459

Honorable Harry D. Leinenweber

**DECLARATION OF TINA DEVEY IN SUPPORT OF DEFENDANTS' OPPOSITION**
**TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

I, Tina L. Devey, hereby declare as follows:

1.    I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Pactiv LLC (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2.    I am the Human Resources Manager at Pactiv LLC's Canandaigua, New York location and have been in this role for approximately eight years. As the Human Resources Manager, I am responsible for employee relations, hourly employee payroll, wage & hour compliance, and charges and investigations.

3.    The Canandaigua facility operates 24 hours a day, 7-days a week. The facility runs a standard eight-hour around the clock shift, whereby employees work on a shift from either 7:30 am -4:00 pm, 3:30 pm to midnight, or 11:30 p.m. to 8:00 a.m. There is a thirty-minute overlap between each of these shifts. Thus, for example, if an operator arrives fir his/her shift as scheduled

1

at 3:30 pm, he or she may relieve the operator on the earlier shift even though the individual on earlier shift is scheduled until 4:00 pm. In other words, the individual on the earlier shift may clock out even though they have not worked their full scheduled shift. Under this schedule, many employees work 7.5 hours as opposed to 8 hours in a given day. However, the employees always have the option to stay for their full shift so long as they are keeping busy.

4.      We also have a small group of individuals that work a 12-hour weekend shift. Also, the shift electricians have a 2-2-3, 12-hour schedule, whereby they work two days on, two days off, and then three days on, for 12-hours each day.

5.      The Canandaigua facility allows employees to punch-in on the timeclock 7-minutes prior to the start of their scheduled shift time, as a convenience to the employee. For example, if an employee shift begins at 7:30 a.m., an employee can punch-in as early as 7:23 a.m. – however, that employee should not be doing any work until 7:30 a.m. Employees who punch-in prior to the 7-minute window are paid to the punch. Likewise, employees are paid to the punch when they clock out; there is no 7-minute window applicable to clocking out.

6.      Employees are directed to not begin work until the start of their shift time. Employees are allowed to come to the facility early to use the breakroom, drink coffee, and relax but they should not be punching-in prior to 7-minutes before their start. Employees are not required to work, and to my knowledge, do not perform any work between the time they punch in, and the time of their scheduled shift start.

7.      Our facility has several salaried non-exempt employees who do not record clock in and out times, but rather submit their regular and overtime hours on a separate portal. They are paid according to the hours reported. There are approximately six employees that are salaried non-exempt, and these individuals are the facility's process technicians.

2

8.   Canandaigua is a non-union facility with approximately 400 employees, inclusive of non-exempt and exempt employees. There are approximately 365 hourly production workers at the facility. The facility utilizes "hot hand-offs" which require production workers from one shift to remain on the production line until the employee from the next shift relieves that individual.

9.   Most individuals wear their safety boots when they come to the facility. The only additional PPE that is required is a bump cap, hair net, and ear plugs. Once employees don this PPE (which takes just seconds), they can head out to the production line. When employees leave, they take off their hair net and ear plugs, again in a matter of seconds, and go home.

10.   I am unaware of any complaints from employees who claim to have worked during the 7-minute grace period window. The 7-minute grace period is solely meant to provide a short window of time for employees to punch-in so that they are prepared to begin their work at the start of their scheduled shift time. I've never received a complaint from an employee about working off-the-clock or working while not getting paid.

11.   If there is ever any issue with a missed punch or time adjustment, an adjustment can be made. The employee or their supervisor can advise Human Resources, or the individual charged with maintaining the timekeeping system that they need a time adjustment, and we would promptly address it. We would never change an employee's punch without a signature from the employee.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this 30th day of November 2023 in Canandaigua, New York.

TINA DEVEY

3

# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | No. 1:23-CV-459<br><br>Honorable Harry D. Leinenweber |

**DECLARATION OF LONNY OTTO IN SUPPORT OF DEFENDANTS' OPPOSITION**
**TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

I, Lonny Otto, hereby declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Pactiv LLC (the "Company" or "Pactiv"). If called as a witness, I could and would testify competently to such facts contained herein.

2.      I am the Human Resources Manager at Pactiv LLC's Temple, Texas location and have been in this role for approximately three years. As the Human Resources Manager, I am responsible for providing human resources support in all areas, including timekeeping, payroll, and employee relations.

3.      The Temple facility makes foam products (such as lunch trays, to-go containers or meat trays) and rigid display packaging (such as pie plates). The Temple facility operates 24 hours a day, 7-days a week. Our workweek runs from 2:00 pm Saturday to 2:00 pm the following Saturday. We have two 12-hour shifts, one of which runs from 8:00 am – 8:00 pm, and the other

1

runs from 8:00pm – 8:00 am. Some departments hold their mandatory pre-shift meetings at 7:45, so employees working in those departments would be required to work from 7:45 am/pm – 7:45 am/pm, so that they can attend the pre-shift meeting and then participate in a "hot handoff" of the machine whereby they relieve the previous shift operator to ensure the continuity of the operations.

4.      There are also certain employees who work 8-hour shifts from Monday through Friday. People who work on the 8-hour shifts generally do not handle the product or make the product.

5.      The main departments in the facility are Maintenance, Foams Extrusion, Foams Thermoforming, RDP Extrusion and RDP Thermoforming. 95% of the people who work in these departments work the 12-hour shift schedule.

6.      The Temple facility utilizes a 7-minute grace period rounding policy for the start and end of employee shifts for 12-hour shifts. This timekeeping practice allows employees to punch-in no more than 7-minutes prior to their scheduled shift-start time. The 7-minute grace period is solely meant to provide a short window of time for employees to punch-in so that they are prepared to begin their work at the start of their scheduled shift time. Similarly, the 7-minute grace period at the end of the shift is meant to provide a short window of time for employees to punch out and leave work at their allotted end of shift.

7.      Employees are not required to work, and to my knowledge, do not perform any work between the time they punch in, and the time of their scheduled shift start. I am unaware of any complaints from employees about being required to work during the 7-minute grace period window.

8. Time punches outside of the 7-minute grace period are paid to the punch. Unlike employees working 12 hour shifts which benefit from the 7-minute grace period, employees working 8-hour shifts are paid to the punch.

9. I am unaware of any employees performing work off-the-clock and no employee has complained to me about working off-the-clock at any point during my tenure with the Company. If there is ever any issue with a missed punch or time adjustment, an employee can simply request a time adjustment with Human Resources, who will then review the building gate entry scans. Once a time adjustment has been approved, Human Resources communications such with the employee's Supervisor, who then makes the time adjustment.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this __18th__ day of December 2023 in Temple, Texas.

Lonny Otto

3

# EXHIBIT K

## DECLARATION OF LONNIE REGISTER

I, Lonnie Register, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for the last twelve-years, and I have always worked at the Athens, GA facility. I work as a Flex-o-graphic printing operator. I get the press set up to run each day and I have crew of two to three employees that I trained and are working under my direction. I recently injured myself, so I am on light duty right now.

3.      I rotate between first and second shifts, but I normally get to the facility about 20-minutes before my shift starts. I generally come in, read, hang out in the break room, and have a cup of coffee before I go to the floor. I know that we cannot punch in early, so I punch in right about 5-minutes before my scheduled shift time. From there, I walk to my workstation, stop and wash my hands, get a drink of water, and be ready to go at 7:00 a.m. (if I am working on first shift). I do not do any work before the start of scheduled shift time.

4.      Lately I have been working only 40 hours a week; of course, there have been times where I have worked between 60 and 70 hours a week. When I am not hurt, I try to work about 60 hours in a week.

5.      Never have I been required to work off-the-clock and never have I reviewed my paycheck and been shorted any pay for any hours that I have worked. No one has ever complained to me about not being paid everything they are owed and I have never heard of anyone working off-the-clock here in Athens. The only complaints that I hear these days are that people are working too much overtime and they don't want to work that much; but no one has complained that they are not getting paid for that time worked.

6.      No one at the Company has ever asked me to perform work off-the-clock or perform work when I am not getting paid. I am sure I would have remembered if someone asked me to work when I am not getting paid. I am aware of people who complain about having to stay

1

over longer than their scheduled shift time because people called off, but I know that all of those employees are paid for that time worked. And if I am ever asked to stay beyond the end of my shift time, I am always paid for every minute I am working.

7.    As an operator, we do not work by ourselves. There is a whole system that has to flow for people to do their jobs, so if someone was complaining that they were working while not getting paid, then everyone would have to be doing that because people cannot be doing their jobs unless other people in the production line are doing their jobs. That is not happening at the facility. Everyone is working when they are on the clock and getting paid for that time worked.

8.    I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

Lonnie Register

# EXHIBIT L

## DECLARATION OF CAREY BARNETTE

I, Carey Barnette, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company").  I am over 18 years old.  Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for twenty-seven (27) years and I am currently the union president for the Athens, GA facility and have been in that role for the last two years. I work in the Offset Department where I work as an Assistant Operator. I keep the inks filled, keep water in the tanks, and making sure that the units stay cool. I'll do quality checks on the cartons and break the crew out.

3.      We rotate our shifts, so I am currently on first shift but next week I'll be on second shift. I get to the facility around 6:30 a.m. and I'll sit in the car for a while, relax, and have some coffee. I'll then get out of the parking lot around 6:45 a.m., I'll talk to some of the guys that are on third shift and chit chat, and then I will go to the timeclock at 6:55 a.m. to punch-in. I'll then go to the bathroom because I need to be on the press by 7:00 a.m. I do not do any work until 7:00 a.m.

4.      No one, to my knowledge, does *any* work before 7:00 a.m. Most everyone is putting their lunches away, grabbing coffee, or smoking outside around 6:45 a.m. and they'll do that until about 6:55 a.m. until the clock in with the rest of us. I've been here 27-years and I have never seen any one do any work until their shift starts at the scheduled start time.

5.      As the Union President, if they were having an issue with feeling like they were being shorted by the Company, they would come and see me to discuss that issue. But since I have been Union President, I have not received *any* complaints about anyone working off-the-clock or feeling like they have been shorted pay by the Company.

6.      Normally if I am not on 12-hours, I put in 40 hours each week. We do work some Saturdays but in Offset, we do not work a lot of Saturdays. This year, I have been on 12-hour shifts very often – this is because we've been short on staffing but normally it is only about 5-6 workweeks per year.

1

7.     In my 27-years at the plant, I have worked all over but I have spent most of my time in Offset. As the Union President, I know what is going on throughout the plant – I have friends throughout the plant, and they know me and I know them. Many of them are good friends. So, if we were being shorted pay by the Company, we're going to talk about it and it would be an issue, especially with me being the union president. Almost everyone here will not be lifting a hand unless they're getting paid.

8.     I am very familiar with Elander Woodall, she previously worked as a feeder in the Sealing Department.

9.     I am very surprised to hear about Woodall bringing this lawsuit against the Company. If she had an issue with the pay practices at the Company, she could have gotten in touch with me to talk about any issues she may have had while working for the Company. But she has not done so. She knows I am the Union President, so I would think I would be the first one that she would call if she felt that she was not paid everything she was owed.

10.    When Woodall worked for the Company, I was the Union Steward, and never once did she complain about not being paid properly for time spent working. She could have easily come to me at any time to make that complaint, but she never did.

11.    I am unaware of any time where Woodall would have worked off-the-clock. The only time that Woodall and I had a conversation about her pay would have been when she applied for FMLA and all I told her as it pertains to her FMLA application was to talk to Deborah, who was the previous HR manager.

12.    In the beginning Woodall was a good employee but she was very vocal, so if she had a problem with working off-the-clock or not getting paid for all her hours worked, it would have been talked about all the time in the plant.

13.    In my experience working at the facility, Woodall would have had no reason to perform any work before the scheduled start of her shift. Many of them, including Woodall, would drag themselves to the workstation and routinely be late getting to the machines. There is just no opportunity for her or any other feeder in the Sealing department to do any work

14.     I've never heard of any other employees complaining about not getting paid for their time worked.

15.     Even if I worked and thought that my paycheck was shorted in some way, I know all I need to do is go to our payroll coordinator and she will immediately rectify any issue. I cannot think of a specific example but I'm aware of a few times where an employee was supposed to be paid at a higher rate of pay and if that did not happen, the employee would come talk to me, as the Union President, and I will immediately go to Valentina, our payroll coordinator, and rectify any of those issues. I have never heard Valentina say that we're not going to pay someone appropriately. She always does the research to make sure everyone is getting paid what they are owed.

16.     I've been apart of the union since I have been here and Woodall knew all of this for the entire time she worked here – if she had any type of issue about not getting paid for all of her hours worked, she easily could have talked to me about that. But she never did.

17.     I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

_Carey L Barette_
Carey Barnette

# EXHIBIT M

## DECLARATION OF STEPHANIE STOKES

I, Stephanie Stokes, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for almost four (4) years, and I have always worked at the Athens, Georgia facility. I work as a quality control inspector in the sealing department. I go behind the pack operators to make sure the product is going out appropriately, doing various tests on the product to make sure there is no bad products going out.

3.      I always come to the facility about 30-minutes before the start of my shift. So, for example, today, I am working a 12-hour shift, 11:00 a.m. to 11:00 p.m., so I got to the facility today at 10:30 a.m. When I get here, I go in the breakroom, have a cup of coffee, and wait to clock-in. I am not doing any work before I have punched-in for the day and, usually when I work 12-hour shifts, when I get to the floor after I have punched-in a few minutes before the start of my shift, most of the line is on break because they started at 7:00 a.m., so I will just wait around until about 11:00 a.m. when I begin my shift to begin working. This is because there really isn't anything for me to do until the rest of the production line comes back from break.

4.      Lately we've been having to work 60 hours a week because we've been short on help. But now that we're getting some more help, we're dropping back to closer to only 40 hours in a week. We get to volunteer whether someone wants to work overtime. I like to volunteer for that and work overtime when I can, but a lot of folks around here do not want to do that and only want to work their 40 hours a week.

5.      I started off as a feeder in the sealing department and it was just about four months ago that I got promoted to a quality control inspector.

6.      I have never worked off-the-clock and never had any issues with my time or getting paid properly. If I ever have any issues with my timecard because the timeclock rejected my badge, for whatever reason, I just go to my supervisor, talk to him, and he enters my time exactly correct.

1

7.    I have never been shorted by the Company and have always been paid for every hour that I have worked. I have never heard of anyone at the facility complain about being shorted by the Company or being required to perform work while off-the-clock. To my knowledge, everyone here is getting paid properly.

8.    No one has every complained to me about being shorted pay by the Company and I have never seen anyone work off-the-clock or perform any work prior to being punched-in for the day.

9.    I remember working with Elander Woodall where she was a feeder on machine 27; in fact, she trained me on machine 27 when I first started here. I never saw her do any work off-the-clock and, to my knowledge, every time she worked, she was punched-in like the rest of us.

10.    Woodall never complained to me about feeling like she was being shorted by the Company. I never heard her complain about her pay or that she was not getting paid for all her time worked.

11.    Because she trained me, I watched her punch-in each day, she would not begin work until the start of the shift time, she showed me how to feed the product through the machine, and she showed me how to punch-out when our shift was complete.

12.    Woodall and I worked side by side with every other employee in the sealing department and we all did the same thing, together, each day. We punched-in, we got to our workstation, we started work at the start of our shift time, we then punched out at the end of our shift time and went home. There was no way anyone, including Woodall, was working off-the-clock on those shifts.

13.    I've never heard of any other employees complaining about not getting paid for their time worked.

14.    I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing

or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

Stephanie Stokes

# EXHIBIT N

## DECLARATION OF COURTNEY VARNUM

I, Courtney Varnum, declare, as follows:

1.     I am currently employed by Evergreen Packaging, LLC (the "Company").  I am over 18 years old.  Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.     I have been with the Company since 2003, almost 20 years and I currently work in the sealing department where I work as Skiver operator. I started my career as a general laborer working throughout the sealing department, and then I worked as a packer operator, then head operator before transitioning to Skiver operator. I am currently union steward for the USW and have been for approximately 2.5 years. I have been a member of the USW since the start of my career at the facility.

3.     I am the senior person on shift so I'm responsible for the day to day operation of the machinery, quality control, and troubleshooting. As an operator, we run quality control checks every two hours. For repairs and troubleshooting, I will either call in the maintenance guy on shift or repair it myself if I am capable.

4.     Right now, we have a shortage of operators so if someone is out on vacation or off for whatever reason I cover their shift. This week, I am working 8 hours Monday through Friday. I rotate first and second shift by week. First shift is 7:00 am to 3:00 pm. Second shift is 3:00 pm to 11:00 pm. I never work third shift because that is a straight shift with no rotations. Because of the operator shorter and vacancies in my position, I am working overtime, i.e., 12 hour shifts, approximately half of my shifts each month. I am trained to work in any operator role so I will sometimes cover other operator roles other than the Skiver role within the sealing department. I don't cover vacancies in other departments. The Company lets us know about any overtime shifts the Thursday before the start of the week.

5.     When I am working first shift, I like to get here around 6:45 am so I can eat some breakfast and have some coffee. I can clock in at 6:53 am for my 7:00 am. My typical practice is to clock in at 6:53 am and head back to the breakroom to finish whatever I am doing or just relax.

1

I head out to the floor to start my work. I don't do any work until 7:00 am. At 7:00 am, the Skiver laborer from the third shift and I do our handoff – it takes a couple of seconds to do our handoff. Shane Dawson, the third shift operator, and I have our handoff system down to a tee. Matthew Durham, the other Skiver operator, and I also have our handoff down to a tee. The handoff consists of confirming that the machine is running well. If there are any problems, we alert the other. If I am running late for whatever reason, I will call the call-in line or my supervisor to let them know about it, and they will take care of it with the Skiver operator currently on shift.

6.      When I work second shift, I like to get here at around 2:30 pm. I usually do the same as the first shift – I head to the breakroom and eat lunch/early dinner and relax before the start of my shift. I clock in around 2:53 pm but, again, I go back to the breakroom until the clock hits 3:00 pm. At 3:00 pm, I go out to the floor and do the handoff.

7.      At the end of my shift, I do my quick handoff with my relief (Shane or Matthew) and clock out. After clocking out, I grab my things from the breakroom and head home. I never perform any work after clocking out. On the rare occasion that a supervisor tells me he/she needs me after I've clocked out, I will clock back in. If it's immediately after clocking out, because the clock rejects the back to back punches, I just tell the supervisor and they clock me in through the back end.

8.      On occasion, we work Saturdays. For example, I worked last Saturday due to customer demand. It doesn't happen to often. Most Saturday shifts are 8 hours, but we will occasionally work a 12 hour shift on a Saturday. The process of the handoff and my clocking in and out is the same as during the regular week. I know for a fact I am paid time and a half for my overtime work.

9.      I know I am getting paid for all of my hours worked. I remember one time I had an issue with my paycheck and I alerted our payroll services coordinator, Valentina. She corrected it immediately.

10.     I've never heard of any other employees complaining about not getting paid for their time worked. We do not lose time based on the window in which we can clock in because

when we clock in, we're working.

11.    As union steward, I handle mostly discipline, including employee relations, employees butting head, and attendance issues. I also mediate any discipline conversations between employees and supervisors. Employees don't come to me about pay issues.

12.    I personally worked with Elander Woodall for several years, around 3 or 4 years. We worked together in the sealing department. Woodall was a feeder where she fed the machine. We got along well while we worked together. I remember seeing the handoff between Woodall and her relief – it also lasted seconds because the feeder handoff is very simple as the feeders simply feed the machine. I also remember that Woodall had the same practice as I did in clocking in at the 7 minute mark and heading back to the breakroom until the top of the hour. I know she did not perform any work before the start of her shift. I recall that she was terminated from her job but do not know the specifics.

13.    I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 14th day of August 2023 in Athens, Georgia.

_____
Courtney Varnum

# EXHIBIT O

## DECLARATION OF MARILYN HARRISON

I, Marilyn Harrison, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company").  I am over 18 years old.  Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for almost fifteen (15) years, and I have always worked at the Athens, Georgia facility. I work as a QC (quality control) in the sealing department, where I am responsible for quality control over three specific machines. I have been QC for about nine years. Before QC, I worked as a feeder in the Sealing Department.

3.      We currently rotate first and second shift. When I work first shift, I always come to the facility about 30-minutes before the start of my shift. I like to get here that early so I can drink coffee and relax. At around 6:53 am, I head to the Kronos timeclock to clock in for my shift. I like to head back to the breakroom to finish relaxing after clocking in until it's time to do my handoff at 7:00 am. When I work second shift, I work 3:00 to 11:00 pm. For second shift, I like to get here 2:30 pm and head to the breakroom for a drink and time to myself before work.

4.      Sometimes if I don't have a machine to check or any quality control checks left and the end of my shift is approaching, I wait in the breakroom for my shift to end. If I see my relief person in the breakroom, I will just give them the handoff update there and then. Otherwise, I will go back to the floor for the handoff and clock out. This happens once or twice a week. Other times where I am not able to wait until the end of my shift in the breakroom, I will wrap up my work, do the handoff with my relief and clock out. The typical handoff takes anywhere from 30 seconds to a few minutes. Once I clock, I grab my things and head home. I don't do any work after clocking out. There have been occasions where after clocking out where my lead/supervisor will ask me to clock back in if there is an issue and help resolve the issue. I am paid for that time.

5.      I am frequently offered overtime and I have the opportunity to accept or reject it. Lately, I have been accepting the overtime and work around 60 hours a week. I know I am paid time and a half for all my overtime. I have never had an issue with my paystubs not reflecting the

1

correct compensation. I know if I have any issues I can go to my lead/supervisor, Sam, or our payroll specialist, Valentina. I am not aware of any employees complaining about not being paid for all time worked or not being paid time and a half for all overtime.

6.      I have never worked off-the-clock and have never had issues with off the clock work.

7.      I remember working with Elander Woodall where she was a feeder on machine 27. As far as I recall, I saw Elander in the breakroom with the rest of us waiting until the start of our shift. As far as I know, she never complained about working off the clock or not being paid for her hours worked.

8.      I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

_____
Marilyn Harrison

# EXHIBIT P

## DECLARATION OF ZOILA PETERMAN

I, Zoila Peterman, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for about forty-three (43) years - I started 1981. I have worked at the Athens, Georgia facility, only. I worked here when the facility was owned by Champion and Blue Ridge. I am a Quality Control lead and also operate as Sam, our Quality Supervisor's assistant. As Quality Control, I work throughout the plant ensuring that Quality Control operators are doing their work correctly, perform quality control checks on pre-loads before shipping and generally ensure workers are doing their jobs.

3.      While everyone is rotate first and second shift, I currently work a stagnant shift of 5:00 am to 5:00 pm Monday through Friday. Occasionally, I work on Saturdays. I have been working this shift for over five (5) years. Because I have my own particular schedule, I don't participate in the hand-offs. I have the opportunity to observe hand offs and have not witnessed any problems amongst employees while doing hand offs.

4.      Once my shift is about to start, I head over to the Offset Department where I clock in. I am not doing any work before I have punched-in for the day. Once I am punched in, I put on my safety vest and do a walk through of the entire plant to make sure all machines are working properly. I then head to Shipping to ensure what loads are scheduled to head out. At around 7:30 am, I like to grab another cup of coffee before continuing my workday. I then continue my workday until my shift is over. At the end of my shift, I head to the Kronos clock and clock out, grab my things and leave. I do not work off-the-clock. I also know no one in this plant is doing any work before or after clocking out because they are blunt about saying "I'm not on the clock."

5.      I usually work around 60 hours a week. I know I am paid time and a half for all my overtime. I have never had an issue with my paystubs not reflecting the correct compensation. I know if I have any issues I can go to my boss, Sam, or our payroll specialist, Valentina. I am not

1

aware of any employees complaining about not being paid for all time worked or not being paid time and a half for all overtime.

6.     I remember working with Elander Woodall where she was a feeder on machine 27. As far as I know, she never complained about working off the clock or not being paid for her hours worked. I do remember that she had a generally bad attitude at work.

7.     I have never been shorted by the Company and have always been paid for every hour that I have worked. I have never heard of anyone at the facility complain about being shorted by the Company or being required to perform work while off-the-clock. To my knowledge, everyone here is getting paid properly.

8.     I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

_Zoila Peterman_
Zoila Peterman

# EXHIBIT Q

## DECLARATION OF LANE KESLER

I, Lane Kesler, declare, as follows:

1.      I am currently employed by Pactiv Evergreen, Inc. (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.      I have been with the Company for forty-four (44) years. I started working at this facility since I graduated high school. I have always worked at the Athens, GA facility even when it was owned by Champion, Blue Ridge and Evergreen. I work as an Offset Press Operator in the Offset Department. I am currently the lead operator, which means I am responsible for maintaining quality and production and directing the crew. Prior to the Offset Department, I was in the Flexo Department for about 15 years.

3.      I rotate first and second shift. I usually get to the facility around 30-40 minutes before the start of my shift. So, if I am on first shift, like I am right now, I get to the facility around 6:30 a.m. I walk in, grab a hair net, vest, and my glasses and head to the breakroom to have a Mountain Dew before the start of my shift. I usually punch in just a few minutes before 7:00 a.m. I begin work when the machines start up right at 7:00 a.m. I do not do *any* work before the start of my scheduled shift time, each day. When I work second shift, I like to arrive around 2:30 pm and head to the breakroom.

4.      Before I clock out, I have to do my handoff with my relief. My handoff gets here on time every day so I never have to wait around for them. The handoff itself takes anywhere from a minute if everything went well, to several minutes if there was an issue during my shift. After we handoff, I clock out and leave. I never do any work after clocking out.

5.      There has always been voluntary overtime available to us because there is always cleaning and random projects to get done throughout the facility. There is additional overtime lately. However, my seniority and position allow me to reject any overtime I don't want to work. I rarely, if ever, work shifts longer than 8-hours. The last 12-hour shift I worked was the Offset Department maintenance day, which occurs every 6-weeks or so. I get paid overtime at time and

1

6.     I have never had to work off-the-clock and I can safely say that I have never worked off-the-clock. Never have I been shorted by the Company, and I have been paid for all my time worked. Even when something happens at the end of your shift where you need to work longer than 8 hours in a day, I know I can take care of it, work as long as I need to in order to get it done, and then clock out for the day. When that happens, I am always paid for those hours worked.

7.     No one has every complained to me about being shorted pay by the Company and I have never seen anyone work off-the-clock or perform any work prior to being punched-in for the day.

8.     I have never had an issue with my paycheck and have never had to go to payroll to complain and get it fixed. I do know that I am entitled to go to payroll for any issues I may encounter.

9.     I've never heard of any other employees complaining about not getting paid for their time worked.

10.    If employees were here and working, then they were getting paid for that time worked. We do not have any problems with employees working when they are not supposed to be working.

11.    I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 15th day of August 2023 in Athens, Georgia.

_____
Lane Kesler

# EXHIBIT R

## <u>DECLARATION OF OLIVIA THOMAS-HARRIS</u>

I, Olivia Thomas-Harris, declare, as follows:

1.     I am currently employed by Evergreen Packaging, LLC (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.     I have been with the Company almost twenty-nine (29) years and I have always worked at the Company's Athens, Georgia facility, including before Pactiv Evergreen bought this facility. I have been working here since it was previously owned by Champion and Blue Ridge. I work as a QA – Inspector, so I float between the Flex-o and Sealing departments and I rotate back and forth. As an Inspector, I check all of the cartons that go out the door making sure that the color looks good, that it is properly sealed, that there are no leaks, and that everything looks right before it goes to our customers.

3.     I currently work on second shift, which is scheduled from 3:00 p.m. to 11:00 p.m., but for the last several years I will come in around 11:00 a.m. and work 12-hour shifts about 4 to 5 days a week. Recently, because the facility is so busy, we are generally working three Saturday's per month, so that means many weeks I am working six days a week. Most weeks, when I work six days a week, I am working 12-hour shifts.

4.     I usually get to the facility around 10:30 a.m. and I will grab a cup of coffee or having something to eat in the breakroom prior to beginning my shift. During that time, I am just talking with co-workers or sitting on my phone before my shift. But I am never working between the time I get to the facility and the time I begin my shift.

5.     After I finish my coffee and having something to eat, I will get my stuff together and go to the timeclock to punch in around 10:55 a.m. From there, it takes about 5 minutes for me to walk from the timeclock to my workstation where I will meet with one of the employees on the current shift to get up to speed on how the day is going. Between 10:55 a.m. and 11:00 a.m. when my shift begins, I am not doing any work other than walking from the timeclock to my workstation.

6.     I have worked in many other areas of the plant before I became a QA, so I know

1

how the entire operation runs.

7.      I have never had to perform work off-the-clock and I can safely say that I have never performed work off-the-clock. Any time I have worked, I have done so on the clock. Even when I am working 60 hours a week, I know I am getting paid for every minute that I am working at the facility. I get paid all the overtime I work each week and I know that the other people that I work with are getting paid for all their hours worked because I watch them punch in each day, just like I do, and punch-out just like I do. I know this because I see it each day.

8.      If someone is out or if I am staying over to help sorting, there are those times where we work an extra-four + hours during the shift. This is really done on an as necessary basis. If during those days we work more hours than we're scheduled, we still get paid for all that time worked. I have never had an issue with not getting paid properly for time spent working.

9.      I've never heard of any other employees complaining about not getting paid for their time worked.

10.     When I worked down in the sealing department, I worked with a former employee named Elander Woodall, she was a feeder for that department. I never saw Elander Woodall work off-the-clock and she never complained to me about working off-the-clock. I am also unaware that she complained to anyone about working off-the-clock.

11.     Elander Woodall did the exact same thing that everyone else in her department would do, each day; they would all go together to the timeclocks at the beginning of their shift, punch-in, complete their work for their shift, and then punch-out and go home. No one in that department was ever working off-the-clock in my experience. The only time you would not be able to punch in for the day is if you lost your timecard, for some reason, and you needed to have a supervisor punch you in. Otherwise, everyone should have been paid for all their time worked, just like everyone else.

12.     If employees were here and working, then they were getting paid for that time worked. We do not have any problems with employees working when they are not supposed to be working.

13.    I verify that all the facts I gave above in this declaration are true and correct.  I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration.  I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration.  I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Signed this 14th day of August 2023 in Athens, Georgia.

Olivia Thomas-Harris

# EXHIBIT S

## DECLARATION OF TIM CALLAWAY

I, Tim Callaway, declare, as follows:

1.  I am currently employed by Pactiv Evergreen, Inc. (the "Company"). I am over 18 years old. Except where I say otherwise, I have personal knowledge of the facts in this declaration and, if I was called as a witness, I could and would testify under oath to those facts.

2.  I have been with the Company for almost forty-seven (47) years, and I have always worked at the Athens, Georgia facility. I am one of the lead persons for the Offset Department, which is the department that prints offset cartons for customers, generally Minute Maid products – these usually consist of the 59 oz. cartons.

3.  I get to the facility every day around 6:30 a.m. and I'll sit in my truck and listen to the radio until exactly 6:48 a.m. At 6:48 a.m., I will gather my stuff and walk into the building.

4.  I begin my shift each day at 7:00 a.m. and the first thing I do each day is change my shirt, put my lunch in the refrigerator, and then punch in about 2-3 minutes before 7:00 a.m. From there, I walk over to my workstation, which takes another 2 minutes, where I will have my conversation with the nightshift press operators to get a handle on how the night operation went – from there I will walk the Offset Department and make sure everything is running smoothly. After that, I'll begin building rollers, turning in work orders, and ordering day-to-day supplies.

5.  I have worked in the Offset Department for almost 28 years, which is when the company started that department up – previously, I worked in the Flex-O department, which prints the smaller-end milk cartons.

6.  Generally, I only work 8 hours a shift and we don't often work more than 5 days a week. We'll only work 5-6 Saturdays during the year. Once a month we have a maintenance day where we come in two hours early and leave two hours late – during those weeks we will work more than 40 hours. But this is only once every 4-6 weeks.

7.  I have never off-the-clock during my 47 years working at the Athens facility. I have always gotten paid for all my hours worked. I look at my pay for each week and know that I am getting paid for all my hours worked.

1

8.      I have never heard anyone in the Offset Department or the entire Athens facility complain about working off-the-clock or not getting paid for all time worked. We all get paid appropriately, no one is performing work when they are not punched-in, and we're getting paid exactly what we worked each day.

9.      We don't have any problems with anyone working off-the-clock or an employee not getting paid for the time that they worked here.

10.      As the lead person, I know when things are going smoothly in my department, and I know when they need help. So, there are times throughout the year where there are issues in my department, such as a mechanical breakdown, where I will stay later than my scheduled end-time and I will work with my supervisor to let him know that I need to stay to fix certain issues with the operations that I'm running.

11.      Another example is this past week we had an operator that is not normally an operator, and he wasn't familiar with some of the job functions, so instead of leaving right at my scheduled end-time, I stayed on to help him through that. Of course, I was paid overtime for all my hours worked and the Company never shorted me on my pay or didn't pay me for all my hours worked.

12.      The culture within the offset department is really good, we all communicate with each other, we know what the other is doing each day and we're a good team. Never have I seen the Company require anyone in my department or the facility as a whole work without being punched in. People here will not work for nothing.

13.      I verify that all the facts I gave above in this declaration are true and correct. I make this declaration voluntarily, by my own free choice. No one promised me anything or threatened me in any way to get me to make this declaration. I have been told and understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I agree to notify the Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

I declare under penalty of perjury under the laws of the State of Arkansas and the United States of America that the foregoing is true and correct.

Signed this 14th day of August 2023 in Athens, Georgia.

Tim Callaway