## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elander Woodall

                        Plaintiff,

v.                                                      Case No.: 1:23−cv−00459
                                                             Honorable Harry D. Leinenweber

Evergreen Packaging LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2024:

      MINUTE entry before the Honorable Harry D. Leinenweber:For the reasons stated herein, Plaintiff's Motion for Conditional Class Certification is GRANTED in part. The parties are ordered to meet and confer to determine whether an agreement on the terms of the opt−in notice is feasible. Joint status report shall be filed by 2/21/24. Telephonic status hearing is set for 3/6/24 at 9:30 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.