IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | No. 1:23-CV-459<br><br>Honorable Harry D. Leinenweber |

## JOINT STATUS REPORT

Pursuant to this Court's January 19, 2024, Order [Dkt. 45 & 46], Plaintiff Elander Woodall, and Defendants Evergreen Packaging, LLC and Pactiv Evergreen, Inc., hereby submit their Joint Status Report:

The Parties have met and conferred regarding the communications set forth in Plaintiff's proposed Notice [Dkt. 16-1]. The Parties have revised the Notice and agreed to the language set forth in the proposed opt-in notice, attached hereto as Exhibit 1. The Parties request that this Court approve the Notice in its form set forth in Exhibit 1 and allow for Plaintiffs to distribute the notice as soon as practicable.

[*signature block to follow*]

Dated: February 21, 2024

Respectfully submitted,                                             Respectfully submitted,

Elander Woodall                                                     Evergreen Packaging, LLC and Pactiv
                                                                    Evergreen, Inc.

*/s/ Josh Sanford*
One of Her Attorneys                                                */s/ John A. Ybarra*
                                                                    One of Its Attorneys
Josh Sanford
SANFORD LAW FIRM, PLLC                                              John A. Ybarra, Bar No. 6196983
Kirkpatrick Plaza                                                   jybarra@littler.com
10800 Financial Centre Pkwy, Suite 510                              Shanthi V. Gaur, Bar No. 6224996
Little Rock, Arkansas 72211                                         sgaur@littler.com
josh@sanfordlawfirm.com                                             Matthew J. Ruza, Bar No. 6321424
                                                                    mruza@littler.com
                                                                    LITTLER MENDELSON, P.C.
                                                                    321 North Clark Street
                                                                    Suite 1100
                                                                    Chicago, IL  60654
                                                                    Telephone:  312.372.5520

## **CERTIFICATE OF SERVICE**

I, John A. Ybarra, an attorney, hereby certifies that on February 21, 2024, I caused a true and correct copy of the Parties *Joint Status Report* to be filed with the Clerk of the Court, using the Court's CM/ECF filing system, and served a true and correct copy of same via email upon the below counsel of record:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

                                                        */s/ John A. Ybarra*
                                                          John A. Ybarra