IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                   No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jeremy Bassford*
_____
SIGNATURE

Jeremy Bassford
_____
PRINTED NAME

Date: _03.27.2024_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**               **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**             **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Channtay Brown*
SIGNATURE

Channtay Brown
PRINTED NAME

Date: 03.27.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Keith Bullock*
_____
SIGNATURE

Keith Bullock
_____
PRINTED NAME

        03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jessica Camarillo*
—————————————
SIGNATURE

Jessica Camarillo
—————————————
PRINTED NAME

         03.26.2024
Date: —————————————



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Ricky Cole*
---
SIGNATURE

Ricky Cole
---
PRINTED NAME

Date: 03.26.2024
---



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Melissa Curry*
_____
SIGNATURE

Melissa Curry
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**      **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**      **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Chris Dunford*
——————————————
SIGNATURE

Chris Dunford
——————————————
PRINTED NAME

Date: 03.26.2024
——————————————



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**　　　　　　　　　　**PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.　　　　　　　　　　No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**　　　　　　　　　　**DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Sabrena Everett*
_____
SIGNATURE

Sabrena Everett
_____
PRINTED NAME

03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                      **PLAINTIFF**
**on Behalf of All Others Similarly Situated**


vs.                           No. 1:23-cv-459


**EVERGREEN PACKAGING LLC,**                      **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Dominique Faust*
_____
SIGNATURE

Dominique Faust
_____
PRINTED NAME



Date: _03.27.2024_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**              **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**           **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Ebone Fox*
_____
SIGNATURE

Ebone Fox
_____
PRINTED NAME

        03.26.2024
Date: _____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jemar Freeman*
_____
SIGNATURE

Jemar Freeman
_____
PRINTED NAME

Date: ___03.26.2024_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Brian Gaither*
_____
SIGNATURE

Brian Gaither
_____
PRINTED NAME

Date: 03.27.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**         **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Victoria Gleason*
_____
SIGNATURE

Victoria Gleason
_____
PRINTED NAME

Date: 03.27.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**       **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**       **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Shaneika Hardy*
_____
SIGNATURE

Shaneika Hardy
_____
PRINTED NAME

Date: _03.27.2024_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

Document Ref: MCNRU-HDZNV-ATLDX-AN4JQ

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Brandon Harris*
_____
SIGNATURE

Brandon Harris
_____
PRINTED NAME

        03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                          No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Siobhan Hawkins*
_____
SIGNATURE

Siobhan Hawkins
_____
PRINTED NAME

          03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**               **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**               **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Amanda Hawthorn*
_____
SIGNATURE

Amanda Hawthorn
_____
PRINTED NAME

Date: __03.26.2024___

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Cameron Haygood*
_____
SIGNATURE

Cameron Haygood
_____
PRINTED NAME

Date: __03.26.2024____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Joseph Haymon*
_____
SIGNATURE

Joseph Haymon
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Regina Haymon*
SIGNATURE

Regina Haymon
PRINTED NAME

Date: 03.26.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                        No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Ashley Hillard*
_____
SIGNATURE

Ashley Hillard
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                 **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Michael Holliman*
_____
SIGNATURE

Michael Holliman
_____
PRINTED NAME

        03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Corey Hunter*
_____
SIGNATURE

Corey Hunter
_____
PRINTED NAME

Date: 03.27.2024 _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Steven Hunter*
_____
SIGNATURE

Steven Hunter
_____
PRINTED NAME



Date: 03.26.2024
_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**           **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                   No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**           **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Sammy Jackson II
_____
PRINTED NAME

          03.26.2024
Date: _____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Julius James*
_____
SIGNATURE

Julius James
_____
PRINTED NAME

Date: _03.26.2024_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**         **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Diamond Jennings*
_____
SIGNATURE

Diamond Jennings
_____
PRINTED NAME



Date: 03.27.2024
_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

Document Ref: MHZSJ-2TR7I-7XICB-UWFVG

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                       No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**           **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Robert Jennings*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SIGNATURE

Robert Jennings
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PRINTED NAME

        03.26.2024
Date: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Trinquayle Johnson*
SIGNATURE

Trinquayle Johnson
PRINTED NAME

Date: 03.26.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

  I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jordyn Lewis*
_____
SIGNATURE

Jordyn Lewis
_____
PRINTED NAME

    03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Ryan Lewis*
_____
SIGNATURE

Ryan Lewis
_____
PRINTED NAME

        03.27.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Teresa Marks*
_____
SIGNATURE

Teresa Marks
_____
PRINTED NAME

Date: 03.26.2024
_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Angelia Mcclure*
_____
SIGNATURE

Angelia Mcclure
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**             **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Breanna Montgomery*
SIGNATURE

Breanna Montgomery
PRINTED NAME

Date: 03.26.2024

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                           No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Silena Nelson*
_____
SIGNATURE

Silena Nelson
_____
PRINTED NAME



Date: _03.27.2024_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**              **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**             **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Despine Norwood*
_____
SIGNATURE

Despine Norwood
_____
PRINTED NAME

Date: 03.27.2024
_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

Document Ref: 9JZH9-A2GAW-XFQV8-7WBJT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Cicely Parham*
_____
SIGNATURE

Cicely Parham
_____
PRINTED NAME

Date: ___03.26.2024___



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Brian Parks*
_____
SIGNATURE

Brian Parks
_____
PRINTED NAME

                03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                       No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Kevin Phillips*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SIGNATURE

Kevin Phillips
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PRINTED NAME

            03.26.2024
Date: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

Document Ref: RBBBM-WMMRQ-T2JK9-RF5KR

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                   No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**             **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Shamonica Pittard*
_____
SIGNATURE

Shamonica Pittard
_____
PRINTED NAME

Date: __03.26.2024_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Malyzia Richardson*
_____
SIGNATURE

Malyzia Richardson
_____
PRINTED NAME

Date: ___03.26.2024____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Danny Riddle*
_____
SIGNATURE

Danny Riddle
_____
PRINTED NAME

       03.26.2024
Date: _____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

Document Ref: 3HNZR-MG3FS-7I6LC-CXXEN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                         No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Michelle Russey*
_____
SIGNATURE

Michelle Russey
_____
PRINTED NAME

Date: _03.27.2024_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Willie Seals*
_____
SIGNATURE

Willie Seals
_____
PRINTED NAME

          03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                               **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                               **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Anthony Singletary*
SIGNATURE

Anthony Singletary
PRINTED NAME

Date: 03.26.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Tony Smith*
SIGNATURE

Tony Smith
PRINTED NAME

Date: 03.26.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**              **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**             **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*James Speaks*
_____
SIGNATURE

James Speaks
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

Omari Stevens
_____
SIGNATURE

Omari Stevens
_____
PRINTED NAME

Date: 03.26.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**　　　　　　　　　　　**PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.　　　　　　　　　　　No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**　　　　　　　　　　**DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

　　　　I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Amber Stroup*
_____
SIGNATURE

Amber Stroup
_____
PRINTED NAME



Date: ___03.26.2024___

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**         **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jacque Tuggle*
_____
SIGNATURE

Jacque Tuggle
_____
PRINTED NAME

Date: 03.27.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jess Turner*
—————————————
SIGNATURE

Jess Turner
—————————————
PRINTED NAME

Date: 03.26.2024
—————————————



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                   No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Alaina Villas*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SIGNATURE

Alaina Villas
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PRINTED NAME

Date: ‾‾03.27.2024‾‾‾‾‾‾



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                         No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Alecia Wade
_____
PRINTED NAME

Date: 03.27.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Chiquita Williams*
—————————————————
SIGNATURE

Chiquita Williams
—————————————————
PRINTED NAME

Date: 03.26.2024
—————————————————



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.        No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Robbie M Williams*
SIGNATURE

Robbie M Williams
PRINTED NAME

Date: 03.26.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**           **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Tanganiki Willingham*
_____
SIGNATURE

Tanganiki Willingham
_____
PRINTED NAME

Date: ___03.26.2024_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                 No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Tasha Wright*
_____
SIGNATURE

Tasha Wright
_____
PRINTED NAME

        03.26.2024
Date: _____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**           **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                    No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**          **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Vanessia Wright*
_____
SIGNATURE

Vanessia Wright
_____
PRINTED NAME

Date: 03.27.2024
_____



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                              No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                         **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*James Young*
_____
SIGNATURE

James Young
_____
PRINTED NAME



        03.26.2024
Date: _____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024