IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and　　　　　　　　　　　　　　PLAINTIFF
on Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　　No. 1:23-cv-459

EVERGREEN PACKAGING LLC,　　　　　　　　　　　　　　　　　DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

James Dunn
PRINTED NAME

Date: 4/8/24

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and  **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs. No. 1:23-cv-459

EVERGREEN PACKAGING LLC,  **DEFENDANTS**
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jemar Freeman
PRINTED NAME

Date: 4/8/24

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and            PLAINTIFF
on Behalf of All Others Similarly Situated

vs.            No. 1:23-cv-459

EVERGREEN PACKAGING LLC,            DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*[signature]*
SIGNATURE

Trevious Johnson
PRINTED NAME

Date: 4-2024-13

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and PLAINTIFF
on Behalf of All Others Similarly Situated

vs. No. 1:23-cv-459

EVERGREEN PACKAGING LLC, DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jonathan Kennebrew
PRINTED NAME

Date: 04/10/2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

vs.                              No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.                                     DEFENDANTS

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*/s/ Vickie Murray*
SIGNATURE

Vickie Murray
PRINTED NAME

Date: 4-15-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and           PLAINTIFF
on Behalf of All Others Similarly Situated

vs.                       No. 1:23-cv-459

EVERGREEN PACKAGING LLC,                    DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_(signature)_
SIGNATURE

Glenda Pope
PRINTED NAME

Date: 04-14-2024



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and          PLAINTIFF
on Behalf of All Others Similarly Situated

vs.                 No. 1:23-cv-459

EVERGREEN PACKAGING LLC,          DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

James Speaks
PRINTED NAME

Date: 4-15-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and          PLAINTIFF
on Behalf of All Others Similarly Situated

vs.                          No. 1:23-cv-459

EVERGREEN PACKAGING LLC,          DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Karla Spearman
PRINTED NAME

Date: 04/14/2024



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

## IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated

PLAINTIFF

vs.

No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.

DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Daris Swanigan
PRINTED NAME Daris Swanigan

Date: 4-22-2024



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

**CONSENT TO JOIN COLLECTIVE ACTION**

    I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

**Eddie Tatum-Stong**
PRINTED NAME

Date: 04 / 19 / 2024

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated

PLAINTIFF

vs.   No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.

DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Patrick Thomas*
SIGNATURE

Patrick Thomas
PRINTED NAME

Date: 4-10-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and						PLAINTIFF
on Behalf of All Others Similarly Situated

vs.										No. 1:23-cv-459

EVERGREEN PACKAGING LLC,						DEFENDANTS
and PACTIV EVERGREEN INC.

**CONSENT TO JOIN COLLECTIVE ACTION**

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Robbie M. Williams
PRINTED NAME

Date: 4/17/24

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**