IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Harvey Bridges_
SIGNATURE

Harvey Bridges
PRINTED NAME

Date: 4-20-24





Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and PLAINTIFF
on Behalf of All Others Similarly Situated

vs. No. 1:23-cv-459

EVERGREEN PACKAGING LLC, DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Ronald C. Cantu
PRINTED NAME

Date: April 27 2024

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jennifer Coleman
PRINTED NAME

Date: 4-20-24



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**            **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Cedric Eason_
SIGNATURE

Cedric Eason
PRINTED NAME

Date: 04-28-2024

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*[signature]*
SIGNATURE

Elizabeth Knight
PRINTED NAME

Date: 4·10·24

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Cristian Machuca
_____
PRINTED NAME

Date: 05.05.2024



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**