IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and           PLAINTIFF
on Behalf of All Others Similarly Situated

vs.                    No. 1:23-cv-459

EVERGREEN PACKAGING LLC,                    DEFENDANTS
and PACTIV EVERGREEN INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Karen Brown*
SIGNATURE

Karen Brown
PRINTED NAME

Date: 6-2-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated         PLAINTIFF

vs.                                    No. 1:23-cv-459

EVERGREEN PACKAGING LLC, and PACTIV EVERGREEN INC.         DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Timothy Brown, Jr_
SIGNATURE

Timothy Brown
PRINTED NAME

Date: 6-7-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated                                PLAINTIFF

vs.                              No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.                                                DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Herbert Moses_
SIGNATURE

Herbert Moses
PRINTED NAME

Date: 6-11-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated          PLAINTIFF

vs.                       No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.                           DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Shavonda Thrower
PRINTED NAME

Date: 5/14/24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC, and PACTIV EVERGREEN INC.**     **DEFENDANTS**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Courtney Varnum
PRINTED NAME

Date: 6-2-24

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**