**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

The following list of civil cases were assigned to the Honorable Harry D. Leinenweber and require further judicial action; therefore

It is hereby ordered that the civil cases listed below be reassigned to the judges of this Court as assigned below, pursuant to Local Rule 40.1(f).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 13th day of June, 2024

1

**Civil Cases Reassigned from Judge Leinenweber to Judge Alonso**

| | |
|---|---|
| 1:19-cv-05931 | Bryant v. United Collection Bureau, Inc. |
| 1:19-cv-07131 | Clark v. Barksdale et al |
| 1:21-cv-03093 | Clark v. Cook County Sheriff's Office et al |
| 1:23-cv-03707 | Clauser v. Sunrise ABA, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Blakey**

| | |
|---|---|
| 1:20-cv-04356 | WEC 98C-3 LLC v. Saks Incorporated |
| 1:24-cv-03924 | 4 Stratford Square Mall Holdings, LLC v. Saks Incorporated |
| 1:23-cv-14871 | Watkins Tyler v. Protective Life Insurance Company et al |
| 1:23-cv-15646 | BFG Corporation d/b/a Byline Financial Group v. J&E Business Consulting LLC d/b/a J&E Media Corp et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Bucklo**

| | |
|---|---|
| 1:22-cv-05108 | REM Properties v. Exxon Mobil Corp et al |
| 1:23-cv-02630 | Woodard v. Health Insurance Alliance, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Chang**

| | |
|---|---|
| 1:18-cv-05517 | Garcia v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-05526 | Estrada v. Aerovias de Mexico, S.A. de C.V. et al |
| 1:18-cv-05535 | Jaquez v. Aerovias de Mexico, S.A. de C.V., d/b/a Aeromexico et al |
| 1:18-cv-05540 | Estrada et al v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-06051 | Diaz v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-06303 | Rivera v. Aerovias de Mexico, S.A. de C.V. et al |
| 1:18-cv-06852 | Rivera v. Aerovias de Mexico, S.A. de C.V.  et al |
| 1:19-cv-02504 | Moore v. Club Exploria, LLC et al |
| 1:19-cv-04483 | Bonilla v. Aerovias de Mexico, S.A. de C.V.et al |
| 1:20-cv-06920 | Schumann v. O'Malley |
| 1:23-cv-02977 | Gadson v. Stelle Corporation |

**Civil Cases Reassigned from Judge Leinenweber to Judge Coleman**

| | |
|---|---|
| 1:18-cv-05142 | Clark v. Tremmell et al |
| 1:22-cv-06132 | Renfro v. Rotary International |

**Civil Cases Reassigned from Judge Leinenweber to Judge Cummings**

| | |
|---|---|
| 1:22-cv-04293 | Logsdon Tug Service, Inc. |
| 1:23-cv-03504 | Swaro v. Fred Moeller et al |
| 1:23-cv-04248 | Evans et al v. County of Lake et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Daniel**

| | |
|---|---|
| 1:22-cv-01151 | Rodriguez v. Corelle Brands, LLC |
| 1:23-cv-03837 | Perez v. Gale Healthcare Solutions, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Durkin**

| | |
|---|---|
| 1:22-cv-05354 | Westfield Premier Insurance Company v. Kandu Construction, Inc. et al |
| 1:23-cv-01573 | Williams et al v. Tophat Logistical Solutions, LLC et al |

1:23-cv-09913          Meacham v. Kiani et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Ellis

1:20-cv-07616          Halperin v. Drawn to Discover, LLC et al
1:22-cv-05393          Hickory Hills Foodmart, Inc. v. Equilon Enterprises, LLC
1:23-cv-14029          WFRBS 2013-C18 North Wabash Avenue, LLC v. Employers Insurance Company of Wausau

## Civil Cases Reassigned from Judge Leinenweber to Judge Gettleman

1:22-cv-02882          Drawn to Discover et al v. Halperin et al
1:23-cv-02772          Aragon v. Loyola University Chicago
1:23-cv-13103          National Union Fire Insurance Company of Pittsburgh, PA v. Lovekamp et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Gottschall

1:23-cv-04690          U.S. Bank National Association v. Millan's Stone, Corp. et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Harjani

1:20-cv-04363          WEC 98C-4 LLC v. Saks Incorporated
1:23-cv-14422          Worthem v. Medical Cost Management Corporation
1:23-cv-16439          Taylor v. Dave's Killer Bread, Inc. et al
      1:24-cv-02189        Smothers et al v. Dave's Killer Bread, Inc. et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Hunt

1:21-cv-02567          Sadowski v. Menard, Inc. et al
1:22-cv-05790          Claybon v. City of Chicago et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Jenkins

1:20-cv-04798          Polley v. Northwestern University
      1:20-cv-04892        Veeravalli v. Northwestern University
      1:20-cv-05095        Greenwald v. Northwestern University
1:22-cv-05891          Hartley v. University of Chicago Medical Center et al
1:23-cv-15223          Wali v. Walmart, Inc.

## Civil Cases Reassigned from Judge Leinenweber to Judge Kendall

1:15-cv-02980          Bakov v. Consolidated World Travel
      1:15-cv-04030        Herrera v. Consolidated World Travel, Inc
      1:17-cv-00973        Hewlett, et al v. Consolidated World Travel, Inc.
1:22-cv-07043          Goodwin v. City of Chicago et al

## Civil Cases Reassigned from Judge Leinenweber to Judge Kennelly

1:14-cv-04651          Wisconsin Masons' Health Care Fund v. Endo Health Solutions, Inc. et al
      1:14-cv-05416        Value Drug Company v. Endo Health Solutions, Inc. et al
      1:14-cv-06171        Pennsylvania Employees Benefit Trust Fund v. Endo Health Solutions, Inc. et al
      1:14-cv-07320        Meijer, Inc. et al v. Endo Health Solutions, Inc. et al
      1:14-cv-07742        International Union of Operating Engineers et al v. Endo Health Solutions, Inc. et al

3

| | |
|---|---|
| 1:14-cv-09412 | United States of America, et al. v. Takeda Pharmaceuticals America, Inc., et al. |
| 1:14-cv-10151 | Rochester Drug Co-Operative, Inc. v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10153 | Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10154 | Massachusetts Bricklayers & Masons Health and Welfare Fund v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10289 | Louisiana Health Service and Indemnity Company v. Endo Health Solutions, Inc. et al |
| 1:15-cv-00269 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Endo Health Solutions, Inc. et al |
| 1:15-cv-01473 | Mahaffay v. Endo Health Solutions Inc. et al |
| 1:15-cv-02563 | Walgreen Co. et al v. Endo Health Solutions, Inc. et al |
| 1:15-cv-03579 | Rite Aid Corporation et al v. Endo Health Solutions Inc. et al |
| 1:16-cv-01832 | CVS Pharmacy, Inc. v. Endo Health Solutions INC. et al |
| 1:22-cv-05170 | Sandoval Samudio v. Morris |
| 1:23-cv-01848 | Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare Fund et al v. Clearstory Glass, Inc. |
| 1:23-cv-10351 | Burdette v. fuboTV, Inc. |

### Civil Cases Reassigned from Judge Leinenweber to Judge Kness

| | |
|---|---|
| 1:21-cv-06004 | Kallemeyn Collision Center, Inc. et al v. The Standard Fire Insurance Company et al |
| 1:22-cv-01810 | United States of America v. 1987 Bombardier CL-600 Twin Jet (Serial Number 5003 and Tail Number XA-UFF) and It's Inventory (Log Book and Maintenance Book) |

### Civil Cases Reassigned from Judge Leinenweber to Judge Lefkow

| | |
|---|---|
| 1:22-cv-00488 | Creative Financial Staffing LLC v. Kubacki |

### Civil Cases Reassigned from Judge Leinenweber to Judge Pacold

| | |
|---|---|
| 1:23-cv-02899 | Guardino v. Garcia |
| 1:23-cv-04230 | Chestnut v. Chicago Public Schools |

### Civil Cases Reassigned from Judge Leinenweber to Judge Pallmeyer

| | |
|---|---|
| 1:22-cv-01458 | Acosta et al v. Board of Trustees of UNITE HERE Health et al |

### Civil Cases Reassigned from Judge Leinenweber to Judge Rowland

| | |
|---|---|
| 1:17-cv-09284 | Fitzgerald et al v. Roberts et al |
| 1:23-cv-15177 | Bradley v. National Railroad Passenger Corporation d/b/a Amtrak |
| 1:24-cv-04304 | Board of Trustees of Unite Here Health v. Unite Here Local 11 |

### Civil Cases Reassigned from Judge Leinenweber to Judge Seeger

| | |
|---|---|
| 1:23-cv-00459 | Woodall v. Evergreen Packaging LLC et al |
| 1:23-cv-03016 | Zydek et al v. Aziyo Biologics, Inc. et al |

### Civil Cases Reassigned from Judge Leinenweber to Judge Shah

| | |
|---|---|
| 1:18-cv-00839 | National Fair Housing Alliance et al v. Deutsche Bank National Trust et al |
| 1:23-cv-00164 | Church Mutual Insurance Company v. Frontier Management, LLC et al |
| 1:23-cv-03606 | Coleman v. Remprex, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Tharp**

| | |
|---|---|
| 1:21-cv-03169 | B.H., a minor by and through his legal guardian, Angela Hogan v. Amazon.com, Inc. |
| 1:22-cv-05430 | James et al v. Department of Children and Family Services |
| 1:23-cv-03854 | MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Valderrama**

| | |
|---|---|
| 1:21-cv-04543 | DeKasha k v. Shemsiu, et al |
| 1:22-cv-05444 | Western National Mutual Insurance Company v. Bestview International Company et al |
| 1:22-cv-06659 | Leggette v. Dr Pepper/Seven Up, Inc. et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Wood**

| | |
|---|---|
| 1:21-cv-05772 | Dotson v. Menard, Inc. |
| 1:22-cv-05799 | Reeves, 15223III v. Scott et al |
| 1:22-cv-07008 | Collins v. Board of Education Thornton Fractional District 215 |