## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elander Woodall

                                  Plaintiff,

v.                                                                Case No.: 1:23−cv−00459
                                                                                Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Executive Committee recently reassigned this case from the calendar of Judge Leinenweber, who passed away after decades of extraordinary public service. By June 25, 2024, the parties must file a joint status report that brings the Court up to speed on the status of the case. The status report should (1) provide a short overview of the nature of the case, and identify all pending claims and counterclaims; (2) identify and summarize any significant rulings; (3) identify any pending motions, especially if there is any time sensitivity; (4) provide an update on discovery; (5) identify any trial date on the calendar; (6) provide an update on settlement discussions, and so on. That list is non−exhaustive. Basically, let the Court know anything that it needs to know to learn about the case. The status report should be neutral and non−argumentative. A status report that is a few pages long should suffice. The Court thanks the parties for their anticipated cooperation. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.