IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated     PLAINTIFF

vs.     No. 1:23-cv-459

EVERGREEN PACKAGING LLC, and PACTIV EVERGREEN INC.     DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Albert Bernal
PRINTED NAME

Date: 6-18-24



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Derrick Ollison* (signature)
SIGNATURE

Derrick Ollison
PRINTED NAME

Date: 6-14-24



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELANDER WOODALL, Individually and
on Behalf of All Others Similarly Situated           PLAINTIFF

vs.                     No. 1:23-cv-459

EVERGREEN PACKAGING LLC,
and PACTIV EVERGREEN INC.                            DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after January 25, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

MATTHEW SNYDER
PRINTED NAME

Date: 6-12-24



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 17, 2024**