IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELANDER WOODALL**, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | Case No. 1:23-CV-459<br><br>Honorable Steven C. Seeger |

### PROPOSED SCHEDULING ORDER

Pursuant to this Court's June 27, 2024, Order [Dkt. 77], Plaintiff Elander Woodall, and Defendants Evergreen Packaging LLC and Pactiv Evergreen Inc., hereby submit this Proposed Scheduling Order:

The parties met and conferred regarding scheduling for discovery and motion practice of the conditionally certified collective in the above referenced matter. The parties are interested in exploring potential resolution but require some limited discovery before productive settlement discussions can occur. The parties therefore propose the following phased discovery schedule to expeditiously facilitate such action:

- <u>Initial Discovery Phase</u>
    - Initial disclosures pursuant to Rule 26(a)(1) to be exchanged by August 30, 2024.
    - The parties may conduct the following limited discovery:
        - Defendants may take up to three depositions, each lasting no more than 4 hours. Plaintiffs may take up to three depositions, each lasting no more than 4 hours. However, if Plaintiffs chose to take

a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) that requires Defendants to designate more than one witness, each witness deposition shall be counted as a separate deposition.

- Defendants may select up to five Opt-In Plaintiffs, and serve on each no more than five interrogatories, five requests for production, and five requests for admission. Plaintiffs may serve on Defendants no more than five interrogatories, five requests for production, and five requests for admission.

o Discovery in this phase shall be completed no later than January 31, 2025.

o Following the completion of this initial phase of discovery, the parties shall engage in formal or informal settlement discussions, which shall be completed no later than February 28, 2025.

- Second Phase of Discovery

o If the parties are unable to resolve this dispute, the parties shall complete full discovery in accordance with the Federal Rules of Civil Procedure pursuant to the following schedule:

- All fact discovery completed by May 31, 2025
- Expert witnesses identified by June 15, 2025
- Expert discovery completed by July 31, 2025

- Dispositive motions, including motions for summary judgment, decertification, and final certification, will be filed in accordance with the following schedule:

o Motions Due: August 31, 2025
o Oppositions Due: September 30, 2025
o Reply Briefs Due: October 15, 2025

Dated: July 25, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Elander Woodall | Evergreen Packaging LLC and Pactiv Evergreen Inc. |
| */s/ Josh Sanford* | |
| One of Her Attorneys | */s/ John A. Ybarra* |
| | One of Its Attorneys |
| Josh Sanford | |
| SANFORD LAW FIRM, PLLC | John A. Ybarra, Bar No. 6196983 |
| Kirkpatrick Plaza | jybarra@littler.com |
| 10800 Financial Centre Pkwy, Suite 510 | Shanthi V. Gaur, Bar No. 6224996 |
| Little Rock, Arkansas 72211 | sgaur@littler.com |
| josh@sanfordlawfirm.com | Matthew J. Ruza, Bar No. 6321424 |
| | mruza@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 321 North Clark Street |
| | Suite 1100 |
| | Chicago, IL 60654 |
| | Telephone: 312.372.5520 |

## **CERTIFICATE OF SERVICE**

I, John A. Ybarra, an attorney, hereby certifies that on July 25, 2024, I caused a true and correct copy of the Parties *Joint Status Report* to be filed with the Clerk of the Court, using the Court's CM/ECF filing system, and served a true and correct copy of same via email upon the below counsel of record:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

                                              */s/ John A. Ybarra*
                                                  John A. Ybarra