**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Elander Woodall

                                    Plaintiff,

v.                                                                               Case No.: 1:23–cv–00459
                                                                              Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 26, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the proposed scheduling order. (Dckt. No. [79]) The parties are interested in talking settlement. The Court supports that inclination. But the parties want some discovery first. The Court adopts the proposal. Initial disclosures are due by August 30, 2024. The Court adopts the agreed limits on depositions and written discovery. Discovery in this phase shall be completed no later than January 31, 2025. Following the completion of this initial phase of discovery, the parties shall engage in formal or informal settlement discussions, which shall be completed no later than February 28, 2025. The parties must file a status report by November 15, 2024. The Court will set the rest of the schedule at a later time, if and when there is a need. The Court encourages the parties to engage in good faith settlement discussions, and exchange information in a cooperative manner to facilitate those discussions. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.