**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Elander Woodall, et al. v. Evergreen Packaging LLC, et al.et et al.

Case Number: 1:23-cv-459

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Elander Woodall, et al.

Attorney name (type or print): Sean Short

Firm: Sanford Law Firm, PLLC

Street address: 10800 Financial Centre Parkway, Suite 510

City/State/Zip: Little Rock, AR 72211

Bar ID Number: 2015079
(See item 3 in instructions)

Telephone Number: 501-904-1650

Email Address: sean@sanfordlawfirm.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/24/2024

Attorney signature: S/ *Sean Short*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023