IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,**<br><br>Defendants. | Case No. 1:23-CV-459<br><br>Honorable Steven C. Seeger |

**JOINT STATUS REPORT**

Pursuant to this Court's July 26, 2024, Order [Dkt. 80], Plaintiff Elander Woodall, and Defendants Evergreen Packaging LLC and Pactiv Evergreen Inc., hereby submit this Joint Status Report to bring the Court up to speed on the status of the case:

1. On August 15, 2024, Plaintiff served her Rule 26(a)(1) Initial Disclosures. Defendants served their Rule 26(a)(1) Initial Disclosures on August 30, 2024, per this Court's July 26, 2024 Order. [Dkt. 80].

2. Both Parties have also exchanged written discovery and Defendants have responded to Plaintiff's written discovery and produced relevant documents. Plaintiff is set to respond to Defendant's written discovery by November 25, 2024.

3. Consistent with the Parties' Proposed Scheduling Order, Defendant anticipates taking up to three depositions, including that of the Named Plaintiff, prior to the close of the Initial Discovery Phase.

4. Plaintiff does not anticipate the need for any depositions beyond a potential Rule 30(b)(6) deposition.

5. The Parties remain on track to engage in formal or informal settlement discussions at the close of the Initial Discovery Phase.

Dated: November 15, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Elander Woodall | Evergreen Packaging LLC and Pactiv Evergreen Inc. |
| */s/ Josh Sanford* | |
| One of Her Attorneys | */s/ John A. Ybarra* |
| | One of Its Attorneys |
| Josh Sanford | |
| SANFORD LAW FIRM, PLLC | John A. Ybarra, Bar No. 6196983 |
| Kirkpatrick Plaza | jybarra@littler.com |
| 10800 Financial Centre Pkwy, Suite 510 | Shanthi V. Gaur, Bar No. 6224996 |
| Little Rock, Arkansas 72211 | sgaur@littler.com |
| josh@sanfordlawfirm.com | Matthew J. Ruza, Bar No. 6321424 |
| | mruza@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 321 North Clark Street |
| | Suite 1100 |
| | Chicago, IL 60654 |
| | Telephone: 312.372.5520 |