IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated** | |
| Plaintiff, | |
| v. | Case No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Steven C. Seeger |
| Defendants. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Elander Woodall, individually and on behalf of all others similarly situated, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc., hereby notify the Court that the parties have settled this matter. The parties anticipate filing settlement papers within 45 days.

Dated: December 23, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Elander Woodall | Evergreen Packaging LLC and Pactiv Evergreen Inc. |
| */s/ Josh Sanford*<br>One of Her Attorneys | */s/ John A. Ybarra*<br>One of Its Attorneys |
| Josh Sanford<br>Sean Short<br>Sanford Law Firm, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>josh@sanfordlawfirm.com | John A. Ybarra, Bar No. 6196983<br>jybarra@littler.com<br>Shanthi V. Gaur, Bar No. 6224996<br>sgaur@littler.com<br>Matthew J. Ruza, Bar No. 6321424<br>mruza@littler.com<br>Littler mendelson, p.c.<br>321 North Clark Street<br>Suite 1100<br>Chicago, IL  60654<br>Telephone:     312.372.5520 |