**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Elander Woodall
                                        Plaintiff,

v.                                                                  Case No.: 1:23–cv–00459
                                                                         Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 30, 2024:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of settlement (Dckt. No. [87]). The parties have reached a settlement in principle. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by February 14, 2025. The parties must file a stipulation of dismissal when the time comes. The case is dismissed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.