## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Elander Woodall

                                            Plaintiff,

v.                                                                              Case No.: 1:23–cv–00459

                                                                                         Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion to set dates for approval of a settlement (Dckt. No. [90]) is hereby granted. On December 23, 2024, the parties notified the Court that they had reached a settlement in principle. So this Court closed the case, and set a date of February 14, 2024 for the dismissal to convert to a dismissal with prejudice. That order jumped the gun. This case is a collective action under the Fair Labor Standard Act, so the parties will seek approval of the proposed settlement. Given that reality, the Court vacates the deadline of February 14, 2024 for the conversion of the dismissal, and directs the Clerk's Office to reopen the case. As proposed, the parties must file a joint motion for approval of the settlement by March 31, 2025. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.