# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated,** | |
| Plaintiff, | |
| v. | Case No. 1:23-CV-459 |
| **EVERGREEN PACKAGING, LLC AND PACTIV EVERGREEN, INC.,** | Honorable Steven C. Seeger |
| Defendants. | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Elander Woodall, individually and on behalf of all others similarly situated, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc., hereby jointly submit this Motion to Extend the Deadline to File the Parties' Joint Motion for Approval of Settlement:

1. On February 19, 2025, the Court granted the Parties' Joint Motion to Set Dates for Approval of the Settlement and ordered the Parties to file a Joint Motion for Approval on or before March 31, 2025. [Dkt. 91].

2. The settlement agreement has been fully executed by all Parties. However, due to the length of time spent negotiating the final terms of the settlement, the Parties require additional time to file the Joint Motion for Approval.

3. In addition, the current March 31, 2025, deadline coincides with pre-arranged travel plans for defense counsel.

4. The Parties respectfully request an additional 21-days, through April 21, 2025, to file the Joint Motion for Approval. The Parties are working through the Motion and expect this to be the last required extension to file the Joint Motion for Approval.

**WHEREFORE,** the Parties respectfully request additional time up to and including April 21, 2025, to file a Motion for Approval of the Settlement, for Plaintiff's counsel to file its Motion for Fees and Costs, and to set the Motion for Approval for hearing with this Court.

Dated: March 28, 2025

Respectfully submitted,

Elander Woodall

*/s/ Josh Sanford*
One of Her Attorneys

Josh Sanford
josh@sanfordlawfirm.com
Sean Short
sean@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

Respectfully submitted,

Evergreen Packaging LLC and Pactiv Evergreen Inc.

*/s/ John A. Ybarra*
One of Its Attorneys

John A. Ybarra, Bar No. 6196983
jybarra@littler.com
Shanthi V. Gaur, Bar No. 6224996
sgaur@littler.com
Matthew J. Ruza, Bar No. 6321424
mruza@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654