| Date | Description | Amount |
|---|---|---:|
| 11/9/22 | Plaintiff Acquisition Campaign | $388.03 |
| 1/25/23 | Filing Fee | $402.00 |
| 3/1/23 | Service Fee to ABC Legal Services | $129.00 |
| 9/1/23 | MCA Courtesy copy | $89.90 |
| 3/22/24 | Contract notice help | $210.00 |
| 3/22/24 | Courier fee | $90.00 |
| 3/22/24 | Copies for notice mailing | $1,006.00 |
| 3/25/24 | Postage for Notice | $1,630.00 |
| 4/1/24 | TLO search | $6.00 |
| 4/1/24 | postage | $1.30 |
| 4/22/24 | TLO search 27x | $162.00 |
| 4/22/24 | Postage 27x | $35.10 |
| 4/23/24 | TLO search 24x | $144.00 |
| 4/23/24 | Postage 24x | $31.20 |
| 4/24/24 | postage 15x | $19.50 |
| 4/24/24 | TLO search 15x | $90.00 |
| 4/30/24 | postage | $1.30 |
| 4/30/24 | TLO search | $6.00 |
| 5/2/24 | TLO Search 7x | $42.00 |
| 5/2/24 | postage 7x | $9.10 |
| 5/28/24 | TLO search 16x | $96.00 |
| 5/28/24 | Postage 16x | $20.80 |
| 5/29/24 | TLO search 15x | $90.00 |
| 5/29/24 | Postage 15x | $19.50 |
| 6/3/24 | TLO search | $6.00 |
| 6/3/24 | postage | $1.30 |
| 6/7/24 | postage 3x | $3.90 |
| 6/7/24 | TLO search 3x | $18.00 |
| 6/11/24 | TLO search | $6.00 |
| 6/11/24 | postage | $1.30 |
| | **Total:** | **$4,755.23** |