**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Elander Woodall
                              Plaintiff,

v.                                                     Case No.: 1:23–cv–00459
                                                             Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for approval of the FLSA settlement (Dckt. No. [93]) is hereby granted. The parties reached an arms–length settlement after an exchange of written discovery. After reviewing the complaint and the settlement agreement, the Court concludes that the settlement is reasonable, fair, and appropriate to all parties. The Court approves the Notice of Settlement. The Collective Settlement Agreement contemplates that the Court will enter an "Order Granting Approval of Settlement." But by the look of things, the parties did not submit a Word version of a proposed order to the proposed order inbox, proposed_order_seeger@ilnd.uscourts.gov. If the parties want this Court to enter an order, they must submit a Word version by May 29, 2025. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.