**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Elander Woodall
                                                 Plaintiff,

v.                                                                                 Case No.: 1:23−cv−00459
                                                                                     Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.
                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's unopposed motion for costs and attorneys' fees (Dckt. No. [95]) is hereby granted. Plaintiff seeks an award of fees and costs totaling $42,000. In percentage terms, that amount seems a bit high relative to the amount of the recovery by the Plaintiffs. But Plaintiffs couldn't recover anything without up−front work by the attorneys. And a request for $42,000 isn't a large amount in the grand scheme of things. It is reasonable to conclude that it would cost that much to recover anything for a group of clients in an FLSA case. The Court reviewed the billing records, and everything seems necessary and appropriate. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.