IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ELANDER WOODALL, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                           No. 1:23-cv-459

**EVERGREEN PACKAGING LLC,**                                    **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## UNOPPOSED MOTION FOR ENTRY OF ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

Plaintiff, by and through undersigned counsel, respectfully moves this Court for entry of the Order granting final approval of the Parties' Joint Motion for Approval of Fair Labor Standards Act ("FLSA") Settlement. In support, Plaintiff states as follows:

1.      On May 23, 2025, this Court entered a Minute Entry granting the Parties' Joint Motion for Approval of the FLSA Settlement (Dckt. No. [93]), finding the settlement to be "reasonable, fair, and appropriate to all parties." In its Order, the Court noted that the parties did not submit a Word version of a proposed order to the proposed order inbox and that if the parties wanted the Court to enter an order, they must submit a Word version by May 29, 2025.

2.      On May 29, 2025, Defense counsel, with a copy to Plaintiff's counsel, submitted the proposed Order Granting Approval of Settlement to the Court's proposed order inbox at proposed_order_seeger@ilnd.uscourts.gov, in compliance with the Court's direction.

**Page 1 of 2**
**Elander Woodall, et al. v. Evergreen Packaging LLC, et al.**
**U.S.D.C. (N.D. Ill.) No. 1:23-cv-459**
**Unopposed Motion for Entry of Order Granting Joint Motion for**
**Final Approval of Fair Labor Standards Act Settlement**

3.     To date, however, the Court has not entered the Order Granting Approval of Settlement.

4.     Under the terms of the Settlement Agreement, settlement payments cannot be issued until the Court enters the final "Order Granting Approval of Settlement."

5.     Accordingly, Plaintiff respectfully requests that the Court enter the proposed Order Granting Approval of Settlement (previously submitted on May 29, 2025) so that the Parties may proceed with the administration and payment of the settlement funds consistent with the Court's May 23, 2025, Order.

WHEREFORE, premises considered, Plaintiff respectfully requests that this Court enter the Order Granting Final Approval of the Fair Labor Standards Act Settlement as previously submitted on May 29, 2025; and grant such further relief as the Court deems just and proper.

Respectfully submitted,

**ELANDER WOODALL, Individually and on Behalf of Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2**
**Elander Woodall, et al. v. Evergreen Packaging LLC, et al.**
**U.S.D.C. (N.D. Ill.) No. 1:23-cv-459**
**Unopposed Motion for Entry of Order Granting Joint Motion for**
**Final Approval of Fair Labor Standards Act Settlement**