## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Elander Woodall

                          Plaintiff,

v.                                                  Case No.: 1:23−cv−00459
                                                            Honorable Steven C. Seeger

Evergreen Packaging LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for entry of an order granting final approval of the FLSA settlement (Dckt. No. [101]) is hereby granted in large part. On May 23, 2025, this Court entered a minute order granting the motion to approve the proposed settlement. But the parties did not submit a Word version of a proposed order, as this Court noted in its minute order. The parties promptly fixed the problem and submitted a Word version of a proposed order shortly after receiving this Court's order. The parties now move this Court to enter that order. The nudge is understandable, and appreciated. This Court will enter the order, with one caveat. The order refers to itself as a final judgment. It isn't. The Seventh Circuit takes seriously the statement in Rule 58 that a final judgment is a separate document. An order approving a settlement isn't the same thing as a final judgment. So, this Court will enter an order approving the settlement. But the parties must submit a separate document, in Word, of a proposed judgment. Order to follow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.