UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELANDER WOODALL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>EVERGREEN PACKAGING, LLC and PACTIV EVERGREEN, INC.,<br><br>      Defendants. | Case No. 1:23-cv-459<br><br>Hon. Steven C. Seeger |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR
<u>FINAL APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT</u>**

This Court hereby grants the Joint Motion for Approval of the Fair Labor Standards Act Settlement as follows:

1. The Parties' Settlement Agreement is finally approved pursuant to the Fair Labor Standards Act as a fair and reasonable resolution of a *bona fide* dispute in the best interests of the Settlement Collective Members (defined below), who will each be able to choose whether or not to consent to and participate in the Settlement, and thereby release their claims.

2. For settlement purposes only, the Court grants final certification on a collective basis pursuant to 29 U.S.C. § 216(b) to the following group, referred to at the Settlement Collective Members:

> The Named Plaintiff, and each and every individual who [timely] signed, dated and filed an opt-in consent form with the Court to participate in the Lawsuit as an opt-in plaintiff and has a Qualifying Workweek during the Collective Period, and did not fully release all wage & hour claims in the case entitled Wallace v. Evergreen Packaging, LLC, Case No. 4:22-cv-337- KGB, United States District Court for the Eastern District of Arkansas.

2

3. Elander Woodall is finally approved as the Named Plaintiff acting on behalf of the Settlement Collective Members for purposes of settlement. Further, the proposed Service and General Release Award is finally approved in the amount of $3,000.00 to the Named Plaintiff in recognition of his services performed on behalf of all Settlement Collective Members.

4. The law firm of Sanford Law is finally approved as Collective Counsel for the Settlement Collective Members, and Attorneys' Fees and Costs in the total amount of forty-two thousand dollars ($42,000) are granted and approved as fair and reasonable.

5. RG2 Claims Administration, LLC is finally approved as the Settlement Administrator and the costs of notice and settlement administration, not to exceed $5,000.00, are granted and approved as fair and reasonable.

6. The proposed Notice Packet template is finally approved and authorized to be finalized and sent by the Settlement Administrator to all Settlement Collective Members pursuant to the schedule set forth in the Settlement Agreement, and the Settlement Administrator and the Parties shall undertake and perform all other tasks and responsibilities set forth in the Settlement Agreement.

7. This Litigation, which was brought pursuant to 29 U.S.C. § 216(b), is hereby dismissed with prejudice against Defendants in accordance with the terms of the Settlement Agreement. Settlement Collective Members who choose to cash or deposit their settlement checks are hereby enjoined from prosecuting any Released Claims against Defendant Pactiv Evergreen, Inc., Evergreen Packaging, LLC. and the affiliated Releasees as defined in the Settlement Agreement.

8. Without affecting the finality of the final judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Named Plaintiff, the Settlement

Collective Members, and Defendants for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

Date:  October 23, 2025

　　　　　　　　　　　　　　　　　　　　　Steven C. Seeger
　　　　　　　　　　　　　　　　　　　　　United States District Judge